3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED USDC - DT
2019 APR 17 PM 1:07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL BERENSON,

    Defendant.

Case No. 17-cr-20521

Hon. Judith E. Levy

---

**NOTICE OF FILING EXHIBIT IN THE TRADITIONAL MANNER**

---

Please take notice that the undersigned has filed Exhibit B, of the Government's Sentencing Memorandum, in the traditional manner. Leave of the Court was previously granted on April 17, 2019 by the above judicial officer.

The Exhibit B has been served in hard copy on all parties pursuant to federal and local rules.

                      Respectfully submitted,

                      MATTHEW SCHNEIDER
                      United States Attorney

                      *s/ April Russo*
                      April Russo
                      Assistant United States Attorney
                      211 W. Fort St., Suite 2001
                      Detroit, MI 48226
                      (313) 226-9129
                      april.russo@usdoj.gov

Dated: April 17, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Michael Berenson,

    Defendant.

Case No. 17-cr-20521

Hon. Judith E. Levy

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER**

---

This matter coming before the Court on the government's motion to file Exhibit B to their response in the physical, traditional manner,

IT IS HEREBY ORDERED that Exhibit B, consisting of a single CD, be filed in the physical, traditional manner.

**IT IS SO ORDERED.**

Dated: April 17, 2019

    s/Judith E. Levy
    JUDITH E. LEVY
    United States District Judge

