```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3     UNITED STATES OF AMERICA,

 4                    Plaintiff,
         -v-                               Case No. 17-20521
 5
       MICHAEL A. BERENSON,
 6
                      Defendant.
 7     _____/

 8                            SENTENCING

 9
                  BEFORE THE HONORABLE JUDITH E. LEVY
10                  UNITED STATES DISTRICT JUDGE

11                         APRIL 22, 2019

12
       APPEARANCES:
13
       For the Plaintiff:    April Nicole Russo
14                           United States Attorney's Office
                             211 West Fort Street, Suite 2001
15                           Detroit, Michigan 48226

16     For the Defendant:    James C. Thomas
                             James C. Thomas, P.C.
17                           12900 Hall Road, Suite 350
                             Sterling Heights, Michigan 48313
18
                             John A. Shea
19                           120 North Fourth Avenue
                             Ann Arbor, MI 48104
20

21

22

23            To Obtain a Certified Transcript Contact:
              Jeseca C. Eddington, RDR, RMR, CRR, FCRR
24                 Federal Official Court Reporter
                    United States District Court
25        200 East Liberty Street - Ann Arbor, Michigan 48104
```

April 22, 2019

1                                    **I N D E X**

2          MISCELLANY

3          Proceedings..................................3
           Certificate................................129
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

April 22, 2019

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | THE CASE MANAGER:  Now calling case number 17-20521, |
| 3 | United States of America vs Michael A. Berenson.  Counsel for |
| 4 | parties, please state your appearance for the record. |
| 5 | MS. RUSSO:  Good afternoon, Your Honor.  April Russo |
| 6 | on behalf of the United States.  With me at counsel table is |
| 7 | paralegal Meghann O'Connor and FBI Agent Adam Christianson. |
| 8 | THE COURT:  Okay.  Thank you, very much.  Please be |
| 9 | seated. |
| 10 | MR. THOMAS:  Your Honor, before we start -- |
| 11 | THE COURT:  Just one second.  Okay. |
| 12 | MR. THOMAS:  Here we go.  I think the defendant's |
| 13 | coming. |
| 14 | THE COURT:  We're being joined by Mr. Berenson. |
| 15 | MR. THOMAS:  Your Honor, my name is James Thomas. |
| 16 | I'm appearing on behalf of Mr. Berenson along with co-counsel |
| 17 | John Shea and the defendant who's now walking to my side. |
| 18 | THE COURT:  Okay.  Well, thank you, very much. |
| 19 | Please be seated.  All right. |
| 20 | And that's you, Mr. Berenson? |
| 21 | THE DEFENDANT:  Hello. |
| 22 | THE COURT:  Hello.  I recognize you.  And I want the |
| 23 | record to reflect that you're here. |
| 24 | So this is the date and the time that has been set |
| 25 | for sentencing in this case, United States of America vs |

April 22, 2019

 1    Michael Berenson.  Mr. Berenson, you pled guilty to Count 1 of

 2    the first superseding indictment and you did so with a Rule 11

 3    plea agreement.

 4          Count 1 charged you with child exploitation

 5    enterprise.  Your plea of guilty was accepted at the time of

 6    your plea hearing.  And the plea agreement itself was taken

 7    under advisement.

 8          Do you wish to maintain your plea of guilty?

 9          THE DEFENDANT:  Yes.

10          THE COURT:  And at that time you were represented by

11    your two lawyers who are here with you today.  At that time I

12    asked you whether you had had any problems with your lawyers

13    that you thought I should be aware of.  And I'd like to ask

14    that question of you again today.

15          THE DEFENDANT:  No.

16          THE COURT:  Okay.  And I didn't anticipate that you

17    would have had an issue, but it's my duty to ensure that your

18    Sixth Amendment right to the effective assistance of a lawyer

19    has been met.

20          So we'll now proceed with the sentencing hearing.

21    I've had an opportunity to review the presentence

22    investigation report prepared by Chelsea Harris.  Ms. Harris

23    is in the courtroom with us today.  I've also had an

24    opportunity to meet with her just prior to this hearing.  I'd

25    like to thank her for her work on the report.  It is very

1    thorough and it is very helpful to me in understanding some of

2    the facts of this case.

3            It was prepared on February 15th of 2019.  And

4    there's no indication of revisions after that date.

5            Ms. Russo, is that the report that you worked off of?

6            MS. RUSSO:  It is, Your Honor.

7            THE COURT:  Okay.  Do you have any corrections,

8    changes?

9            MS. RUSSO:  No, I do not, Your Honor.

10           THE COURT:  Okay.  Mr. Thomas.

11           MR. THOMAS:  Yes, Judge.  I had a chance to review

12   the report.  And we had no objections to the presentence

13   report as it was filed.  There were some minor corrections in

14   addition that I wanted to address to the Court.  But I don't

15   think that they're dispositive because in any event, we have a

16   20-year mandatory minimum, which we agree to.  And we also

17   have potential for life imprisonment for guidelines.

18           THE COURT:  Okay.

19           MR. THOMAS:  We also understand that the government

20   has recommended life imprisonment but that doesn't mean

21   necessarily that the Court would impose that.  And towards

22   that end, we provided a sentencing memorandum to the Court.

23           THE COURT:  Yes.  Well, let me indicate I received an

24   extensive sentencing memorandum from you, Mr. Thomas, along

25   with all of the attachments.  And I also received the same

1    from Ms. Russo on behalf of the government with many exhibits,

2    letters from victims, and their families and others.  As well

3    as a CD that I've had, or DVD -- I don't know which it is --

4    that I've had an opportunity to review.

5            So in light of your representation just now, Mr.

6    Thomas, I will accept the presentence report as written

7    without revisions.

8            And also I'll accept the Rule 11 plea agreement

9    itself.  And it results in a guidelines calculation of an

10   offense level of 43, a criminal history category of 1, with

11   the applicable sentencing guideline being life in sentence --

12   life in prison.  And I understand there's a 20-year mandatory

13   minimum that is required by law.

14           I am aware that the guidelines are advisory and that

15   I have the authority to either depart upward or downward and

16   likewise to vary for appropriate reasons that would need to be

17   set forth on the record.

18           MR. THOMAS:  One other thing.

19           THE COURT:  Okay.

20           MR. THOMAS:  And that is, Judge, that we believe that

21   the conduct that is involved in this case is subsumed by the

22   previous state charges that are yet to be dismissed or will be

23   dismissed soon.  And it's my understanding that the government

24   is going to recommend that that conduct be considered relevant

25   conduct and that we will be able to get credit back to the

April 22, 2019

```
 1    date of arrest, May 10th.
 2              THE COURT:  I see.  Ms. Russo -- let me say this.
 3    Shawna, do we have people in the other courtroom?  No.  So
 4    everybody's here in this courtroom?  Okay.  Good.  Because
 5    otherwise everyone needs to speak only into the microphone.
 6    So we don't need to worry about that.  Okay.
 7              MS. RUSSO:  So Your Honor, with respect to what Mr.
 8    Thomas is talking about, that is true.  The government is
 9    asking for life.  However, if this Court were to impose a
10    sentence that was not life and a term of years, then the
11    government would ask that you give Mr. Berenson credit
12    essentially for the time that he's been in state custody and
13    not getting credit for his federal sentence, which was
14    May 10, 2017, to today's date, Your Honor.
15              So essentially if Your Honor was going to impose a
16    sentence of, let's say, 60 years, we'd ask that you give him
17    that credit for the time that he's been there.
18              THE COURT:  I understand.  Okay.  Well, we'll address
19    that later then.  Thank you.
20              Well, then in light of that, if there are no other
21    motions for the Court to consider, what I would do is begin by
22    inviting those victims who would like to address the Court to
23    speak.  I have a few remarks I'd like to say before that
24    begins.
25              After that, I would then call upon the government to
```

April 22, 2019

```
1    address the Court on the sentence you believe is appropriate.
2    And then Mr. Thomas, of course I would call upon you after
3    that.  Mr. Berenson, if you wish to speak during your
4    sentencing hearing, you may do so although you're not required
5    to speak.
6              MS. RUSSO:  One additional thing, Your Honor.  I did
7    file a reply memorandum.  I just want to make sure --
8              THE COURT:  I did get that and I read it today.
9              MS. RUSSO:  Thank you, your Honor.
10             THE COURT:  Yes.  So what I would do now is invite
11   those victims who wish to address the Court to do so.  And
12   please know that you may step forward and speak.  We have a
13   lectern with a microphone.  And then I will listen to
14   everything that you have to say with an open mind and an open
15   heart.
16             If you do not want to speak out loud, I'll also know
17   that you're here.  I can see you.  And I'm very pleased that
18   you are here.  You have taken the extraordinary effort of
19   coming to Michigan, taking time out of your lives and
20   traveling here to make yourselves known.
21             I don't underestimate the stress and toll that just
22   being here must be taking on each of you.  And I will have
23   more to say about that at the conclusion of your remarks.  So
24   what I would do is call upon Ms. Russo to assist the victims
25   who would like to speak.
```

April 22, 2019

```
 1              MS. RUSSO:  Your Honor, the first victim impact
 2   statement is of minor victim 27.  That's Amanda Todd.  Her mom
 3   is here in the courtroom.  And she would like this statement
 4   played.  She also has a statement herself that she would like
 5   to make.
 6              THE COURT:  Okay.
 7                        (Recording Played)
 8              MS. RUSSO:  Your Honor, we're going to have minor
 9   victim 1's mom come forward now.
10              THE COURT:  Welcome.
11              PARENT OF MINOR VICTIM 1:  Thank you.
12              THE COURT:  You can take your time.
13              PARENT OF MINOR VICTIM 1:  That story is my
14   daughter's story so much.  It's hard.  Sorry.
15              THE COURT:  You can take as much time as you need.
16              PARENT OF MINOR VICTIM 1:  Okay.  It's really hard to
17   walk up here and speak in front of the inhuman person who
18   recognized was part of my daughter's most vial experiences of
19   her life.  We had several anxiety attacks this month trying to
20   prepare ourselves to face this.  I'm so incredibly proud of
21   her for pushing to be here.
22              THE COURT:  Me, too.
23              PARENT OF MINOR VICTIM 1:  Thank you.  I am here to
24   see that she will be made to feel safe again.  And I am here
25   so that my daughter can witness justice and won't feel as
```

1     shamed knowing that this person can never get to her or any

2     other children again.

3          His actions and fetish desires have robbed my

4     daughter of her security and a happy childhood.  She was

5     threatened and blackmailed.  And her pictures weren't just

6     naked.  She was made to not just reveal herself but to self

7     harm for personal enjoyment.  Her esteem was crushed.  She is

8     physically and emotionally scarred for life.  She suffers from

9     anxiety attacks still from what happened to her.  And for her,

10    it ended years ago.

11         The amount of time spent with her on video chatting

12    with him was a lot.  She thought that that was her friend.

13    She didn't know that he was blackmailing her behind her back.

14    She was too young to even consent.

15         THE COURT:  How old was she?

16         PARENT OF MINOR VICTIM 1:  She was 11 when this

17    started.  But none of this was consent.  What children asks to

18    be violated in the ways that she was?

19         It's not even with ill will that I hope for a severe

20    sentence.  It is -- I just -- you can't comprehend the damage

21    that's been done to not just her but her friends have been

22    involved that was pulled into this.

23         I believe that my daughter from my experience was one

24    of the first early on people.  And so her friend group was

25    also violated.  I do believe wholeheartedly in forgiveness

April 22, 2019

1   even.  I believe that people make mistakes.  But I can't find

2   forgiveness for this.

3            It was so deliberate and organized.  It was repeated

4   on a daily basis for years.  She went through this for five

5   years.

6            I feel that even the most hardened people spare

7   children and think that there is something sacred.  To be

8   capable of hurting a child is such a show of lack of humanity.

9   To this day she is scared that someone is still going to try

10  to hurt us.  But I'm not.  I don't want her to be scared

11  anymore.

12           So that's why we need to come and see that there's no

13  reason to be afraid anymore, that this one person is not going

14  to be there to hurt us at all.

15           Comfort just doesn't come easy for her after being

16  manipulated and coerced for years to touch and hurt herself.

17  But we take a lot of strength saying how serious the FBI, the

18  case agents, our judges in our judicial system have been

19  taking this to give her and me both peace.

20           She almost didn't graduate high school.  We didn't

21  know why.  She shut her computer off one day and then didn't

22  -- just wouldn't touch it again.  But didn't make a big deal

23  about it.  So I just thought maybe she was over it.  Maybe she

24  just didn't want to be online anymore.  I had no idea that

25  this was going to be the reason behind why.

```
 1              Right before her graduation, one of her counselors
 2    called me and told me that the school was supposed to notify
 3    me 30 days ahead of time she was 7 credits behind.  I went to
 4    the school that day and I demanded pretty much an extra day.
 5    I had no idea any of this was going on.  I just demanded an
 6    extra day.  Had no idea where she was with her work.  I just
 7    wanted to try.
 8              THE COURT:  She's very lucky to have you for a
 9    mother.
10              PARENT OF MINOR VICTIM 1:  We got there.  Seven
11    credits worth of the schoolwork was completed but it was never
12    typed into the computer.  That day, the teachers allowed us --
13    we had to go to each teacher and give permission to have extra
14    time and that they would take the time to grade her papers.
15              So they gave it to us.  And that day we typed up 7
16    credits worth of schoolwork.  And she ended up graduating.  It
17    wasn't until almost two years -- almost a year later that we
18    found out why.  My daughter had never told me why.  And as far
19    as she knew, she was not talking to adults.
20              Amanda's story very much is my daughter's story, too.
21    And I'm very grateful to still have her.  I feel very lucky.
22    I don't -- there's just not a -- there's not going to be a
23    consequence that matches these girls' pain.  Thank you for
24    having us here.
25              THE COURT:  Thank you, very much, for being here.
```

```
 1              MS. RUSSO:  Your Honor, Minor Victim 1 will now make

 2   a statement.

 3              THE COURT:  Okay.

 4              MINOR VICTIM 1:  Hello, Your Honor.

 5              THE COURT:  Well, welcome.  Hello.

 6              MINOR VICTIM 1:  That video like --

 7              THE COURT:  That's a tough one.

 8              MINOR VICTIM 1:  Yeah.

 9              THE COURT:  Take your time.

10              MINOR VICTIM 1:  So I am a 20-year-old girl standing

11   here today facing the monster that destroyed my childhood due

12   to child exploitation.  Not only did he ruin my life but he

13   had many other victims to prey on.

14              Let me tell you where this all began.  I had a friend

15   that introduced me to the internet.  I started making a bunch

16   of online friends.  More than I had in day-to-day real life.

17   The internet was my escape from depression that I didn't know

18   I had at the time.

19              My friend made videos that looked real but really

20   weren't.  But her videos got lots of reviews and responses so

21   I decided I would start making videos.  The videos were not

22   provocative whatsoever.  After being on the website for so

23   long, I started getting messages to join chat rooms.  After a

24   while of getting the requests I decided I would accept one.

25              This is where the problems began.  I was the only one
```

1   on web cam and there was just the chat underneath me.  It felt

2   normal at first.  Then it started feeling strange because I

3   was looking at myself with a bunch of words underneath me.  I

4   brushed it off and continued because I enjoyed having friends

5   to talk to everyday.  They were always there no matter what

6   time or day.

7          After a while of them gaining my trust and getting to

8   know them, I started being flirtatious with them.  They seemed

9   to enjoy it and I liked the attention they were giving me so I

10  continued to do so.  I teased them and one of them recorded me

11  on video.  From then on, I was blackmailed into doing things I

12  didn't want to do.

13         They would threaten to come to my house and hurt me

14  and my family.  They named everyone in my house.  So I knew

15  that these threats were serious.  I never told anyone about it

16  because I thought I could fix it myself on my own.  They would

17  tell me to take off my clothes and touch myself in sexual

18  ways.  So I would try to accommodate to their desires because

19  I was scared.

20         Every time I would do -- every time I would do so,

21  they would record me and blackmail me over and over and over

22  again which turned into an intimidating viscous cycle.  I felt

23  like I was being watched 24/7.  And this started to take a

24  turn on my daily life.

25         I started hurting myself and I was in and out of the

1   hospital for self harm and attempted suicide.  I know they

2   knew I was hurting because they would watch me cry.  And some

3   would even ask me to self harm while they watched.

4           I had enough of being harassed and manipulated that I

5   ended up -- that I ended up never wanting to touch my computer

6   again.  The tragic pain this has caused me still today eats my

7   soul.  Even though I still never touch my computer to this

8   day, I still live in fear that they would find a way to hurt

9   my family.

10          Today after all those years of hurt, I struggle with

11  self love, anxiety, depression.  Thinking back to those days

12  causes me to cry myself to sleep wondering when the monster

13  would stop haunting me.  That is my statement.

14          THE COURT:  Well, thank you, very much.  You're very

15  brave.

16          MINOR VICTIM 1:  Thank you.

17          MS. RUSSO:  Your Honor, Minor Victim 2.

18          THE COURT:  Welcome.

19          MINOR VICTIM 2:  Good afternoon, Your Honor.  I'd

20  like to start off saying my name is Ciara and people might

21  question why I would want to say my name like this.

22          THE COURT:  Not at all.

23          MINOR VICTIM 2:  But I'd like to say it because I'm

24  not ashamed anymore.

25          THE COURT:  Thank you.

1          MINOR VICTIM 2:  And I'm not afraid.  People know my

2     story.

3          When I was 12 years old and I was on the verge of

4     entering into what was supposed to be such an exciting time

5     for me, I was going to become a teenager.  I was starting to

6     become the person I wanted to be.  I was supposed to be happy

7     and carefree like everybody else.

8          I was entering puberty so I was curious.  I was

9     curious of the outside world, of the opposite sex, the same

10    sex.  Just of other people my age in general.

11         My friend and I entered a site called Omegal

12    [phonetic] and it was the trend where people sparked interest

13    in people of the outside world, of people outside of our

14    country.  It was either chat based or webcam based and it was

15    fun from the start.

16         It was before Instagram, before Snapchat, before

17    social media of this generation took and captured young minds.

18    There we were put against each other.  We were rated against

19    each other.  We were asked to flash and put each other against

20    one another.  We started to lose our friendship at this point.

21         If someone didn't ask for your ASL, which was your

22    age, sex, and location, then it would be suspicious, like they

23    weren't real.  On Omegal and Giftyo [phonetic], which is

24    another similar site, is where we became aware of the site

25    referenced Website A.

1    Here it wasn't randomized where random people.  Here
2    I was the star.  People came to see me.  They made me feel
3    famous.  I was popular.  In the eyes of a 13-year-old girl,
4    this was absolute heaven.

5    Growing up in a society where you have to look a
6    certain way, dress a certain way, and act a certain way, a
7    ways that I did not -- I knew that I did not look or act, that
8    I wasn't pretty to every eye in my high school or elementary
9    school.  Things that I wanted to be.  But here I was.

10    As weeks went by, my best friend and I were on these
11    chats hours at a time every single day.  Eventually summer ran
12    out and we went our separate ways for a while.  But chats
13    continued and they were separate now.

14    We had the separated chats and through these
15    separated chats we each formed individual bonds, individual
16    relationships with countless people we called friends.  As
17    months continued to go by, I got attached to a handful of guys
18    outside and they were my friends.  It didn't matter that they
19    were online.  We shared secrets and feelings.

20    My best friend and I got together one last time that
21    I can remember.  And it was like a switch flipped.  These
22    people in these chats, they asked us to kiss.  They asked us
23    to flash and dance erotically.  They asked us to hurt
24    ourselves.  But they were our friends.  So why wouldn't we?
25    We trusted them.

 1          We didn't just meet them yesterday.  This was months

 2     and months and months of talking to them.  They were presented

 3     to us in game format such as dares.  And who doesn't like a

 4     good game?  So the dares were fulfilled.  And only took one

 5     time for them to become obsessed.  Attached to us.

 6          I talked to a few guys mainly outside the chat where

 7     the message got -- where the messages got intimate, where they

 8     got private.  One would take the role as funny, the best

 9     friend type.  The other took the one as your boyfriend.  We

10     all thought they were our boyfriends.

11          I don't know why I fell in love with this guy.  If it

12     was because I was insecure or I wanted the attention that I

13     wasn't getting in the outside world.  Because I never heard

14     his voice and I never saw his face.  But he had my love.

15          After consecutive months of talking to in the group

16     chat and in the private chats, I met a guy on the outside who

17     actually liked me, who actually wanted to be with me and he

18     was real.  I could touch him.  So I told my chat friends bye

19     and I thought that would be it.  I thought.

20          The people who would supposedly had my back, they

21     turned.  They told me if I didn't do exactly what they said,

22     that they would ruin me.  He presented me with pictures that

23     he had taken unbeknownst to me, taken of my breasts, of my

24     friend -- of my friend kissing me, of things that I didn't

25     even know or remember that I did.

```
 1              He sent me Google map pictures of my house.  My mom's
 2    name, my dad's name, my sister's name, their job occupations.
 3    He told me that they would be hurt.  That things would happen
 4    to me.  But the things that would happen to them would be
 5    worse.  This was a group of people, a man that I trusted.
 6              I never disclosed any of this information he
 7    obtained.  So the threats were real.  I constantly asked
 8    myself why or how.  Why me?  I was terrified and ashamed.  I
 9    was guilty.  I did this to myself.
10              So being me, my moral code, which these people, this
11    man, had studied and nailed down to the tee was in check.  I
12    did what I did to protect my family.  What would you do for
13    yours?
14              I succumbed to his threats.  I stripped at his
15    demands.  And as his demands got increasingly worse from
16    flashing and dancing to cutting my hair on camera, to slicing
17    my legs, my sides, and my arms as deep as I could possibly
18    tolerate with razor blades found from underneath the vanity,
19    all for his personal satisfaction and sexual pleasure.
20              I was made aware that there was a point system.  The
21    worst the task, the more sexual, the more dangerous or erotic,
22    the more points you would get.  This was fun for him.  This
23    was a game.  I followed all his rules.  Until he told me that
24    there would be consequences if I didn't fulfill one task, a
25    task of erotic pleasure from almost dying.  For him at least.
```

April 22, 2019                                                20

1          I couldn't do it.  I called my best friend who is

2    here in this court today and I told her exactly what was going

3    on.  And she was going through the exact same situation.  And

4    I could not believe.  Why me?  Why us?  I never asked for

5    this.  I never wanted it.  I never wanted to be in this

6    situation.

7          Months keep passing and the psychological torture was

8    horrible.  Unimaginable.  Every day I woke up and I wondered

9    if I'd be ruined today.  If I could even be more ruined than I

10   am already.  If my future career as a nurse would be ruined.

11   If my family would be hurt, killed.  I didn't know what to do

12   so I constantly just succumbed to his demands.

13         Finally I had enough and I tried to tell him that the

14   liver issue and medical condition that I currently have was

15   way more serious.  I told him I had cancer.  I thought that he

16   would feel bad for me, that he would just leave me alone, and

17   that it wasn't fun for him anymore because I was seriously

18   sick.  But that just got me more points.

19         They got the sick girl.  And one day after that did

20   not work, I shut my computer and I did not go back on that

21   website.  I didn't even go on the new computer that I had just

22   gotten.  Ever.  I was terrified.

23         They knew where I lived my whole life.  I shut

24   everything out.  The memories of disgusting painful torturous

25   things that I did, the idea and fear that my dad would see

1    dirty images of me circulating on the internet and not

2    understanding that I did them for him, to protect him.

3    Instead of thinking that I'm just some slut.  Thinking my

4    sister would be kidnapped, thinking my mom would be hung.

5    They are terrifying to anyone, much less a 13-year-old girl.

6           I tried to kill myself because life wasn't the same.

7    Like I was ruined, gross.  Like I had no morals anymore.  That

8    I was inevitably set up for failure.  My relationships were

9    ruined.  They currently are ruined.

10          Five years I stayed with a man, a boy, because I

11   thought it was okay for me to treat me the way he did.  He

12   wasn't horrible.  He just didn't know how to treat a woman.

13   But I thought it was okay because when I was entering

14   adulthood I was showed that it was okay by men hiding behind a

15   keyboard.  Now I'm approaching 20 and I'll turn 20 on May

16   10th.

17          THE COURT:  Congratulations.

18          MINOR VICTIM 2:  Thank you.  An age that I didn't

19   think I would see.  I distrust everything and everyone, even

20   when there is factual proof that they are telling the truth.

21   Because when I was developing major communication relationship

22   ideas in my brain, I was deceived.

23          I was deceived by these men, this man.  But not just

24   by these men and this man, I was deceived by all men.  My

25   image of men is completely and utterly ruined.  I am trying to

```
 1    rebuild that and myself everyday.

 2              I struggle with venting my feelings in communication.

 3    I'm scared everything I say will be used against me in any

 4    kind of way.  The man that I'm with now, I almost lost him

 5    because it took me over a year to even come out with anything.

 6    And that's hard for anything, anyone to understand.

 7              I fight for my sanity everyday and I sit back and I

 8    tell myself do not lash out, don't cry, that you're okay and

 9    you are strong and you have overcome the worst.

10              I was blackmailed by someone who still to this day I

11    don't know if they actually would have came to my house and

12    kidnapped my sister and leaked all my photos.

13              They have hurt me from inflicting pain through a

14    piece of technology.  They have hurt me from making me inflict

15    pain on myself.  And I'm here to seek the ultimate justice for

16    someone that impacted my life eight years ago and still

17    impacts it every single day.

18              I'm standing here for the girl, Amanda, who cannot

19    stand here for herself.  And for countless other little boys

20    and little girls who go through this that don't get the

21    chance.  He has not won.  You didn't win with Amanda.  And you

22    didn't win with me.  And we need to show him that he didn't

23    win.

24              THE COURT:  No, he clearly has not won.  You are

25    strong and powerful person.
```

```
 1              MINOR VICTIM 2:  Thank you.  Thank you.

 2              THE COURT:  And I might also just add that I was a

 3      13-year-old girl.  So I appreciate so much what you were able

 4      to say here.

 5              MINOR VICTIM 2:  Thank you.

 6              MS. RUSSO:  Your Honor, this is MV-2's mom.

 7              THE COURT:  Welcome.  You've got a phenomenal

 8      daughter.

 9              PARENT OF MINOR VICTIM 2:  After my daughter's

10      statement, what I have written is meaningless but I'm going to

11      stick with it because --

12              THE COURT:  Let me just say, nothing that's said here

13      is meaningless.  Nothing at all.  Everything is meaningful and

14      everything is helpful.

15              PARENT OF MINOR VICTIM 2:  As you just heard, my

16      daughter's life been touched mentally affected and

17      unchangeably altered.  She's scarred.  She will live the rest

18      of her life with these scars.  Some are visible self-inflicted

19      scars at the demand of this predator.  Some are as deep as he

20      wanted to see more blood and more pain in her face.  She has

21      many, many more invisible internal scars that affect her

22      everyday.  She battles with depression and anxiety, her self

23      image, her confidence.

24              She has difficulty in relationships, trust issues,

25      image issues.  She feels ashamed and guilty.  My daughter
```

```
 1     shouldn't feel that way.
 2             THE COURT:  There's only one -- a couple of people in
 3     this room who need to be ashamed and it's no one who's been
 4     speaking.
 5             PARENT OF MINOR VICTIM 2:  His threats of exposing
 6     her of hurting and killing her, me, and my other daughter, she
 7     kept quiet because she was afraid if these threats were real.
 8     She'll never completely recover.  She'll never know a life,
 9     the life that she would have known without the scars from her
10     interaction with a predator.
11             There's no excuse of any kind for his sick predatory
12     behavior.  No excuse of any kind.  His life should be forever
13     impacted spent behind bars as my daughter's life has been
14     forever changed.
15             THE COURT:  Thank you, very much.
16             MS. RUSSO:  Your Honor, minor victim 3 is the next
17     person to speak.  She's not here with us but she's on the
18     phone.  She has an impact statement that she would like to
19     make, Your Honor.
20             THE COURT:  Okay.  And is the -- I have a telephone
21     here.  We need to make sure that Jeseca can hear it and get it
22     on the record.
23             MS. RUSSO:  She's listening to the hearing, Your
24     Honor.
25             THE COURT:  Okay.  You may speak now.
```

1          MINOR VICTIM 3 (Appearing by phone):  Hello.

2          THE COURT:  Oh, there you are.  Well, welcome.  I'm

3     sorry.  I didn't realize you were already on the phone.

4          MINOR VICTIM 3:  Sorry I could not be there today.

5          THE COURT:  Well, as far as I'm concerned, you are

6     here today.

7          MINOR VICTIM 3:  And I appreciate having the chance

8     --

9          THE COURT:  Hold on.  Let me try to increase the

10    volume.  Could you say a couple of words?

11         MINOR VICTIM 3:  Yes.  Is this better?

12         THE COURT:  Oh, there you are.  Okay.  We've got you.

13         MINOR VICTIM 3:  Okay.  I'm going to hold the phone

14    up.  Maybe that will -- so I --

15         THE COURT:  Now we're not hearing you so well.

16         MINOR VICTIM 3:  Is this better?

17         THE COURT:  Yes.

18         MINOR VICTIM 3:  Okay.  So [Inaudible] chance today

19    and even just having the chance to listen to statements from

20    other girls today because I express how lonely I've been to be

21    a victim of all of this.  It's incredibly lonely so much

22    guilt.  And to feel like it's your fault because you were a

23    young person and didn't understand.

24         But so my story is [Inaudible] first encountered Mike

25    Berenson when I was 13 years old.  I had a website that is

1    named YouNow.  At that time if you signed up under a certain

2    age you would be automatically [Inaudible] into a children

3    [Inaudible] of that popular website.

4          [Inaudible] predators [Inaudible] Berenson a

5    substantial number of children to prey on.  Mike Berenson and

6    many others [Inaudible] children [Inaudible] onto a website

7    called chatteen.com.  They would do anything to get girls to

8    take clothes off so they could record them in the act and

9    trade them amongst each other to blackmail later.

10         In my case, I was blackmailed over two years of my

11   life.  I ignored most of the threats.  And I [Inaudible] a

12   bunch of edgy older men and I eventually logged off of the

13   site for good.  Trying to reclaim my life [Inaudible] grow up,

14   become an adult in peace.

15         And I paid the price for it [Inaudible] 13.  When I

16   was in my living room on a [Inaudible] and I started getting

17   all these [Inaudible].  When I was [Inaudible] to everyone

18   that I knew.  They sent them to my family, my [Inaudible], and

19   my church.

20         [Inaudible] dramatic [Inaudible] was embarrassed

21   [Inaudible] and a slew of negative emotions.  My school even

22   [Inaudible] the time.  And I had to [Inaudible] I ended up

23   [Inaudible] myself to graduate, become an adult [Inaudible] so

24   that I could move on from the [Inaudible] once and for all.

25         [Inaudible] this happened after the Amanda Todd case.

```
 1    They knew [Inaudible] and I do believe wanted me to be a
 2    victim like Amanda.
 3          The entire dealing with [Inaudible] like Mike
 4    Berenson was life changing.  I felt [Inaudible] I didn't know
 5    how [Inaudible] and I still do not.  I could barely focus in
 6    school.  [Inaudible] it caused a large rift and I had no one
 7    [Inaudible] older teen to adult [Inaudible].  I'm now
 8    [Inaudible] years old and I'm impacted by this in my day to
 9    day life.  I do not live [Inaudible] is because of this issue.
10          [Inaudible] at the end of the day I believe that I
11    have my life.  Regrettably not every victim is able to say
12    that.  Every single one [Inaudible] need to be locked up
13    [Inaudible] Michael Berenson.  And that's all.
14          THE COURT:  Thank you very much.  We're all
15    tremendously thankful that you are here and you were able to
16    speak today.
17          MS. RUSSO:  Your Honor, the next victim impact
18    statement is going to be from Minor Victim 5 and Minor Victim
19    5's mother.
20          THE COURT:  Welcome.
21          MS. RUSSO:  Your Honor, Minor Victim 5's a little
22    sick.  So she's asked me to read her statement for her.
23          THE COURT:  Okay.
24          MS. RUSSO:  This man -- well, I don't know if I can
25    call him a man -- is a terrible person.  He is the worst
```

1    possible person that you can meet.  He has hurt so many girls

2    that he should never be able to speak to a girl ever again.

3          This jerk would tell girls to cut themselves knowing

4    that they are in pain and need someone to talk to.  And he

5    would tell the girls that cutting was the solution.  And that

6    is definitely not the solution.  It never will be.

7          This person would laugh when he made girls cry.  And

8    that was his main goal.  Make girls feel like they are

9    worthless and making them feel like they don't have a place in

10   this world.

11         I also felt the wrath of this thing sitting over

12   there and his evil ways of making girls feel like trash.  I

13   witnessed many girls just start balling their eyes out from

14   what this pervert said to them and then told them that they

15   don't matter and should go hang themselves.

16         I would go to these girls and tell them not to listen

17   to him because he is a jerk.  He would not be happy until he

18   made a girl cry.  I have nightmares every night because of

19   what he did to me.  I tried to ignore him but you can't when

20   he is so manipulating and makes you feel like you are nothing.

21         I have been going to therapy for a while now.  And

22   sometimes I can go with only seeing her once a month.  But

23   something can bring back a memory and I will have to see her

24   once a week.  And it is energy consuming because you think

25   that you are fine and a minute later you're balling your eyes

1    out because something reminds you of it.

2         You also feel useless when you hear someone talking

3    about them talking to someone and they plan on meting them and

4    you tell them not to because it is dangerous and they don't

5    listen to you.  And you just have to sit there and get sick

6    because you can't do anything about it.  And you don't want

7    that person to go through what you've gone through because it

8    is terrible.  And no one should have to go through it.

9         What he did to me is absolutely unbelievable.  And it

10   ruined my life in many ways.  I am always afraid to go outside

11   now because myself because I'm afraid that I will get

12   kidnapped.  I can't get a good night sleep because of the

13   nightmares.  And when I wake up in the morning my throat hurts

14   from all of the screaming.

15        This ruins my relationships with people because

16   whenever I go over to someone's house, whether it's my first

17   time to their house or a hundredth time, everyone has to know

18   about this stuff.  And it makes me feel uncomfortable because

19   it makes I feel like they watch me even more and sometimes

20   don't want me to be there because of what happened.

21        THE COURT:  Thank you, very much, for your statement.

22   It's very brave and I'm thankful that you're here.  And I will

23   say this, I want to hear your statement.

24        PARENT OF MINOR VICTIM 5:  Isn't therapy.

25        THE COURT:  I'm thankful that you have a therapist,

1   too, who you can talk to.

2          PARENT OF MINOR VICTIM 5:  So, well, this isn't our

3   first time here.  This is our third round.  And after the

4   first time, we thought it was kind of over and now we're on

5   our third.  And it keeps coming back and back and haunting us.

6          Since I at first didn't know what happened fully

7   until I became aware.  But I'm not fully -- each time we come,

8   I learn more and more.  Because she has no trust in me yet

9   because she has no trust in anybody thanks to people like -- I

10  don't even want to say who he is.  And it's hard.

11          I'm a really easygoing mom.  Unfortunately I think I

12  was too easy.  But then I don't -- after hearing others, I

13  know I'm not.  And it's just -- it's been overwhelming.  She's

14  been an emotional wreck.  I mean, as you can see we go through

15  this.

16          She can go like this -- I can't get a regular job

17  because I can get a call from her school because she's all of

18  a sudden like this where the day before even an hour before

19  she's happy go lucky.  She has hardly any friends because they

20  don't believe her, that anything happened to her.  And she

21  doesn't want to give anybody too much information because it's

22  something that she's not proud of.

23          But I am proud of her because she has overcome a lot

24  of this.  Just to let you know, she's overcome like she had

25  said in her statement that there was a girl at school that

1    wanted to go meet a person.  She actually convinced her not
2    to.  I am so proud of her for that.  She spoke up instead of
3    just letting it go.  And if she didn't, I mean that's the one
4    good thing that has come out of this.
5           The other good thing is she has a project that she's
6    in school that she's going to actually give a presentation
7    about idiots and creeps that are out there that like to hurt
8    young ladies.  She was 9, 10 years old when this started.  And
9    I didn't know about it.  I thought everything was fine.
10          She said she had a friend on there.  She showed me --
11   she actually showed me a picture of somebody and it wasn't who
12   she thought it was.
13          THE COURT:  Exactly.
14          PARENT OF MINOR VICTIM 5:  And you know, I warned
15   her.  I told her, you know, it's not real.  And she goes, no,
16   he is.  And all this stuff.  I just learned after the last
17   case that her life was threatened, that my life, all our lives
18   were threatened.
19          My other daughter when she found out -- I have a
20   17 year old.  She's 15 now.  This started when she was 9.
21   She's 15.  My 17 year old for two years was afraid to go out
22   of the house.  They looked so much alike everyone thinks
23   they're twins.  She was afraid and she wasn't even involved.
24   She's still kind of nervous going outside alone because she
25   don't know what's going to happen.  And that shouldn't happen

1      to anybody.

2              THE COURT:  No, it shouldn't.

3              PARENT OF MINOR VICTIM 5:  We go through therapy.

4      Like she was saying, we go through -- we can go with a month

5      and be fine.  We never leave more than a month because just as

6      a followup.  And then we can go for months having to go every

7      week.  This puts such a financial strain because we don't have

8      good insurance.  And it costs a lot of money.  And there's no

9      help for us.

10              When he goes to prison, he's going to get the help he

11     needs.  We don't.  We have to pay for her help, my help, and

12     his help and it's not right.

13              These girls, all of them that are speaking, those

14     that don't even know it and can't speak, they get a life

15     sentence.  This guy needs a life sentence just like he's given

16     these girls and other children.  It's not fair.  It's not fair

17     that any child and anybody --

18              The other thing I'm concerned about that he gets out

19     in 20 years, our technology, how are you going to keep anybody

20     away from our technology that's improving and allowing more

21     and more creeps to be available and have more options?  It's

22     not right.  It needs to stop and they need to be shown.  If

23     one person can be put away for life, maybe the next person

24     will think maybe it's not right.  It's not worth it to lose my

25     life also.

```
 1            And we need to start somewhere.  And I think this
 2   would be a good spot.  Keep this people that want to hurt
 3   girls, hurt kids, hurt children, 9 year olds that have no clue
 4   of what life is, who can't have a life now because of how --
 5   what him and others have done to her.  It's not right.  Thank
 6   you for listening.
 7            THE COURT:  Well, thank you, very much.  And I'm so
 8   thankful that you're both here and that you do have a life.
 9   So thank you, very much.
10            MS. RUSSO:  Your Honor, Minor Victim 6 and her mom
11   are here today but they do not wish to make a statement.  They
12   do wish for me to read a part of a statement that they
13   submitted.
14            THE COURT:  Okay.
15            MS. RUSSO:  And Minor Victim 6's mother writes the
16   following.  Well, actually also Minor Victim 6 has given me a
17   statement to read.  Minor Victim 6's mother writes:
18            She has become so withdrawn from all of us even
19   herself, she became suicidal more than once.  She also started
20   cutting herself badly.  She doesn't like crowds of any kind.
21   I could keep going on.
22            With the doctor's help, she and her service dog, she
23   is starting to recover.  What these men, if you can call them
24   that, have done to these young girls is unimaginable.  I'm
25   sure they don't care or they wouldn't have done this.  They
```

1    are sick and disgusting and a few other choice words I have.

2          And then, Your Honor, Minor Victim 6's statement.

3    She writes:

4          First, I'd like you to know a small bit about me.  I

5    like to hide a lot of things about me, be the jokester, make

6    everyone else around me happy.  Some people see me as rude or

7    harsh, but that's kind of a part of my humor.  Inside is kind

8    of a different story.

9          I'm a very paranoid person.  I always think someone

10   or something is after me mentally or physically.  I put a very

11   large guard up around people.  I'm told I'm a good people

12   person but I'm actually very awkward and shy and it takes a

13   lot for me to assure myself that it's okay and many people

14   won't judge me as I think.

15         I'm afraid to go get a job.  And I'm afraid to go out

16   in public alone.  I'm afraid to step outside to let my dog out

17   at night.  I'm afraid to do the wrong thing all the time.  I'm

18   deathly afraid to let anyone in.

19         I used to not be.  I used to be the kid that loved

20   people and I guess you can say I had a very bright future.  I

21   got into this mess but at the time I didn't know it was a

22   mess.  I was about 11 when it happened.

23         I was manipulated, exploited.  I don't typically want

24   to go into very much detail on what exactly happened, but I'll

25   explain the bare minimum.  I got online and there was this

1    website that allowed you to live stream.  At first I was just

2    talking and playing around and then some guys started telling

3    me to do things.  I'm sure you can imagine what they said to

4    do.

5           Then they wanted my Skype.  Being the oblivious

6    11-year-old I was just like most at 11, I gave it to them.

7    They wanted private shows I guess you could say.

8           This one guy standed [sic] out to me though.  He was

9    sweet at first.  Then after I wouldn't give him what he

10   wanted, he got angry.  He hacked into my phone, got my

11   address, my parent's info.  I ran downstairs to my mother to

12   tell her what had happened and I thought I hung up.  But as

13   I'm telling her, he text me, hello -- and I'm going to say

14   MV-6's mother.  Her real name is in the statement -- which is

15   my mother's name.

16          Now let me remind you before all this I loved people.

17   Now I can't bring to explain how much this haunts me.  I'm

18   afraid to go out in public in fear someone recognizes me from

19   that night.  And I said he got my address.  I don't know how

20   long he could have been watching me, following me.  I don't

21   know if when I walk outside someone's going to take me.

22          I'm afraid to go far in life because if someone

23   recognizes me, it could derail my entire life.  I don't use my

24   full name online anymore.  So it's hard for people to find me.

25   I don't want to let anyone in to find out anything about me

1    because of it.

2          I despise this person for doing what they did.  I'm

3    diagnosed with depression and anxiety.  I got a service dog to

4    help me out with my anxiety.  I went to therapy for years.  I

5    stopped cutting around two years ago, which is still an urge I

6    have.

7          My grades aren't like what they were before.  My

8    ambitions have changed.  And some days I don't have any and it

9    all started with one night when I was 11 years old.

10         Minor Victim 6's mom also wanted me to pass on that

11   she knows that Mr. Berenson followed through on his blackmail

12   because not only did he have the images that he had on his

13   computer of their house and all that information, but he sent

14   a number of explicit images of her daughter to a family member

15   that lives in a different state and he told her before sending

16   them that he had found that family member that he knew that

17   family member's address and then sent these explicit images

18   out.

19         Thank you, your Honor.

20         THE COURT:  Thank you.

21         MS. RUSSO:  Your Honor, our next statement is from

22   Minor Victim 8 and she's here today.

23         THE COURT:  Okay.  Well, welcome.

24         MINOR VICTIM 8:  Hi.  Thank you for having me here.

25   Hi.  My name is victim 8 and I'm 16 years old.  I was involved

1    in some chat sites Biowell [phonetic], Connochat [phonetic],

2    Chatteen.Com.  And I was 13 at the time.  I went on these chat

3    sites because I was bored and I thought I was going to make

4    some new friends.

5          Some people told me that they were around my age and

6    then these people told me and asked me to flash them.  And I

7    did.  And then other people started doing it.  And then I

8    start to feel unsafe and uncomfortable.  Then I saw that they

9    were getting younger kids to do it.

10         And as I grew older I still showed and they got me to

11   do a lot like other things like masturbate.  And then when I

12   grew older and older and realized I was being recorded and I

13   stopped all the bad stuff.  I started [Inaudible].  I tried to

14   commit suicide.

15         So just came up and they asked me to show or do some

16   nasty stuff I would say no.  They would get mad at me and

17   start asking others.  Once I saw that they were putting my

18   pictures online, I stopped going online.  I also changed how I

19   had my hair.  I kept cutting my hair shorter.  And I also went

20   back to eating healthier and then went on there before I quit

21   going on there.

22         This impacted my life so bad because I got tooken

23   [sic] away from my family and friends.  Also some of my

24   friends were not my friends because I was still forming.  As I

25   grew older I don't want people to stop coming around me or I

1    don't want to have no job.  I'm also shy and quiet when it

2    comes to, oh, why did you do it or why did you let them

3    control you, especially Quagmire.

4           Anything else I just stopped talking because I think

5    people are trying to say I'm stupid for going on there and

6    that I'm something else I'm not going to say.

7           When I was on the chat sites, people kept telling me

8    to not do it, not to do it.  And I didn't listen to them

9    because they kept doing it so I did [Inaudible].  I want to go

10   back there and get everyone to stop doing all of this and that

11   it's not going to be a good thing that they are doing.

12          Also when Quagmire aka Michael Berenson told me that

13   if I didn't show him that he would block me on everything he

14   had and he would put all my pictures online for everyone to

15   see how a slut, a whore, a ho.

16          I told him that's not right to do, and he told me

17   when he first met me on Chatteen, Cannochat, Mylol [phonetic]

18   that he was 17/18.  And then I found out he was in his 20's

19   and I freaked out.  I found out these other people were around

20   their mid 20's to 50's.

21          To this day I regret going on these chat sites.  No

22   matter how bored or alone, I wish I could went to my family

23   members but I have -- I had not gone on these chat sites.  I

24   do these stupid things.  I look at my scars.  I never

25   [Inaudible].  I tried to commit suicide until I went to

1    Connochat and other chat sites.

2           I still feel uncomfortable when I meet some others

3    that I don't know.  I think they are doing something that they

4    are not supposed to do.  And they think that they can get

5    young girls to do stuff that they are not allowed to do.  But

6    when I was on chat sites, they would call me lots of names

7    like slut, whore, cunt, fat ass bitch and a lot of other

8    things.  I don't think it's right for them to do.

9           When other girls -- when other young kids go on those

10   chat sites I just want to tell everyone about those chat sites

11   and how and what others are doing and what not to do.  And

12   that they not need to stop doing before they start doing it.

13          So about these people that are on the chat sites,

14   they are people that would act like a teen and they're

15   actually not older people.  On there -- there were older

16   people that will try to get kids to do bad things.  These

17   people are people that are doing these things to kids they are

18   way older than 20 years of age.

19          Now that I'm supposed to -- now that I stopped going

20   on these chat sites, I have been happier and safer than

21   before.  I just want to tell everyone that I was mean to do

22   that.  I am sorry for everything I have done.  I know I have

23   said sorry so many times I mean it for real.  I also have

24   another one.

25          Hi.  My name is victim 8 and I'm here to testify

1    against Quagmire.  Everyone that is with Quagmire.  This is my

2    second time being here.  I was here December 5th, 6th -- 4th,

3    5th, and 6th.

4         I was scared going up on the stand.  I was shaking.

5    I was crying.  I also -- these men feed on us young teens,

6    little kids.  These men are monsters.  When I first came here

7    I was MV-17.  I'm 17 now and I still am scared to go anywhere

8    or meet up with my friends.

9         I don't know what I would do if I ran into any of

10   these people.  I don't know -- I don't want to run into these

11   monsters that didn't get caught yet at the time.  They found

12   another that was with Quagmire.

13        Also they said if I don't do what they want me to do,

14   that when I came home from anywhere I was, I would come home

15   to my family's blood all over the wall.  And would say I told

16   you so.  That's why I did all of this stupid stuff that I did,

17   because I don't want my family getting hurt because of me.

18        What I did, it was stupid.  What I did was stupid.  I

19   know it was.  I lost some of my friends and family but then I

20   got them back though.

21        I'm glad to be here to say my part about these

22   monsters.  These men think it's funny to do these awful things

23   to all of us.  I have a loving -- I have loving family and

24   friends that support me when I go through a lot and when

25   you're with or without always be together.

1    The ones that went through all of this are doing what

2    they want to do before all this started and our lives got

3    messed up by these sick nasty monsters.  Quagmire is the worst

4    of all of them.  He said he was around my age and told me that

5    he would always love me.

6    At the end of this, I will say how I found these chat

7    sites but I think everyone for helping all of us for catching

8    these monsters.  But I tried to kill myself because they

9    called me all sorts of names.  And how I tried to kill myself,

10   I tried a lot of things.  I used to cut myself in a lot of

11   different places.  I still have scars.

12   I did all of this because they were pressuring me

13   into doing a lot of stuff that I didn't want to do.  So I

14   tried killing myself by doing a lot to myself.  I tried

15   choking myself with my head phone cords and I tried to cut my

16   throat.  I -- well, I did tried to cut my throat, wrist, legs,

17   arms, ankles and I tried to OD on pills.

18   I have not been doing all of that -- all of this.

19   But I did try to but I didn't do it.  It's hard for me to

20   stand in front of all of these people that are here and the

21   monsters.  I pray everyday and night I'm going through so much

22   right now it's hard to do so.  So when it's going to happen

23   next when I do get out of where I am -- I'm at not going to do

24   the same things I did when I was younger.

25   I have so much support right now and I'm back at

1 focusing on my work.  I quit going to dangerous sites.  And

2 always most -- that always monsters like these people tried to

3 warn me about Quagmire, aka Michael Berenson.  But I didn't

4 listen.  And a friend gave me his info.  I should have turned

5 it into the cops and told them what happened and what's going

6 on and what these chats are doing and these young men are

7 doing.

8   They did it to young boys, young girls, infants.  Any

9 age you can think of.  And how stupid for thinking I thought

10 he was my boyfriend.  But then I found out his real age.  It's

11 like around 20's to mid 30's.  When I found out all about him,

12 I flipped the heck out.  So I started to cuss at him the hell

13 out over the chat sites.  He hacked my laptop so I had to

14 reboot and I lost everything.

15   He told me if I didn't do it he would post all my

16 pictures online and to my family.  He found my family's

17 address, found my dad's name and number, my mom's name and

18 number.  Everybody that I had.  He hacked into my laptop.  I

19 was in the bathroom.  I was going -- I'm using the bathroom,

20 playing a game on my laptop until I looked over and the green

21 light was on.  I was trying to figure out why it was on.

22   And then a little box popped up.  Now if you don't do

23 this, I will post everything of you.  And I'll come and find

24 you, kill you.  So I had to reboot and I lost everything.  I

25 lost everything.  My best friend that I can't see no more.  I

1   lost everything that was important.  He thinks he's funny for

2   what he did and is doing.

3           I'm trying to face my fears about being right in

4   front of this -- these such creepy monster that will not stop

5   haunting me in my vision and dream.  I feel like he's under my

6   bed.  I don't want him seeing me cry because that means he has

7   trapped me, he has me.  But he don't.

8           I can barely see because I don't wear my glasses

9   because I don't want to see him or think I saw him.  I can see

10  how hard it is for me to -- hard for me and all of this on the

11  people that are seeing and hearing about what he did to these

12  young adults and kids.

13          Some kids kill themselves because of these monsters,

14  too.  Because if I wasn't on there I wouldn't be doing all of

15  this.  I know what's right from wrong.  I should not have went

16  on there.

17          It's hard for me to stand right in front of Michael

18  what he thinks it's all funny and games, that he won't get

19  life.  He said he won't get caught by the police or the FBI.

20  But other kids tried to tell me that it was not right for me

21  to be on that chat site and I didn't listen.

22          He kept telling me to cut and that I was faking

23  everything I was doing.  It's hard for me to be standing here

24  in front of everyone.  I had my friend with me, MV-7 -- well,

25  5.  And I'm here with everyone here to get him put to life.

```
1    He did some messed up stuff that he did.  He left when I cut
2    -- he left when I cut my throat.  He left when I broke my
3    wrist.  He laughed that I did everything.
4          I try to not to stand up here and cry.  But I'm
5    trying so hard next to.  I have anxiety really bad after all
6    of this.  I just don't want to come home to my family's blood
7    all over the wall.  But I know nobody will let him do that.
8    Now that he's in state custody and that he's listening,
9    hearing, and seeing all of us and what he did to us.
10         I know people that want to do some stuff but they're
11   not.  I want to say to him that in the first place he played
12   me like I was stupid.  And a lot of --
13         THE COURT:  Can I just tell you, you are not stupid.
14         MINOR VICTIM 8:  Thank you.  And I tried and tried
15   telling him that it's not right to do these to these kids,
16   young teens and even have little kids on cam run around, no
17   clothes on, playing with toys that are not supposed to.  These
18   kids don't really know better until they get older and see the
19   future.
20         When I grow up I want to be something better but
21   that's probably going to affect my career.  I want to do
22   cosmetology because I like everything my sister taught me how
23   to do stuff.  But Quagmire said I won't be good enough to do
24   any of these.
25         THE COURT:  He's very, very wrong.
```

```
 1              MINOR VICTIM 8:  I'm trying to be strong.  I'm
 2    strong.  I'm beautiful.  Everything that they say I'm not.
 3    But everyone is here now, especially MV-5 is the bravest here
 4    with all of these.  I'm happy to have her as a friend.  I
 5    thank her for everything.
 6              I cause everybody too much drama since I've been on
 7    there because I was jealous that they got all of the
 8    attention.  And I thought it was okay to be on there because
 9    they said they were around my age.
10              I lost some of my friends.  I tried to cut myself.  I
11    went in public doing stupid stuff.  I got caught by the cops.
12    And they took me home, told me not to let me go out of the
13    house.
14              After what happened to me, I wanted to go after the
15    person.  I found out Michael wasn't the only one that was
16    behind this.  He has other teams that are put in jail, prison
17    for life or sentenced to how many years.
18              It's hard for me to talk to him face to face on cam
19    he said.  I don't know what made me go to these sites, but I
20    was too bored.  I didn't want to hang out with nobody.  I just
21    wanted to be myself.  I like being by myself because I feel
22    like I'm free.
23              Now that I lost most of my friends and family, they
24    turned on me, I'm taking care of myself and doing healthier
25    choices.  Doing good in school.  Getting education that I
```

1    need.  Not flunking or failing.

2         My birthday is really soon, turning 18.  Now that I

3    ain't got to focus on that instead of what Michael did,

4    everybody else did.  He also and on cam and he showed what I

5    did.  He took a picture of me and I didn't know about it when

6    I was sleeping on cam.

7         He was acting like someone else that I truly for sure

8    thought was safe until he text me on Skype and I somehow found

9    my phone number telling me that I'm this and that person.  I

10   hope you know I can see you.  That's when I start punching

11   things, self harming.  I don't feel safe when I'm by myself

12   when I was on there.  Every time I go outside someone that he

13   knew found me.

14        I went to go to the pond, feed the geese and the

15   animals.  And then until I ran into somebody saying I thought

16   you would run into my arms.  It was someone that I didn't

17   recognize.  He said Quagmire sent me here to find you, see if

18   you're really real.

19        He took me by my hands, took me to the woods, did

20   stuff I didn't want to.  After that, Quagmire texted me over

21   and over telling me now this is what you get.  If you don't do

22   it anymore, your family, blood, every one of your family will

23   be chopped up in pieces, murdered, and that they will be left

24   just blood on the wall.  Guts everywhere.

25        I'm just hoping for this to be all over and not to

1     see his face ever again in the real world.  God will not like

2     what you did.  I hope you understand what I'm saying, coming

3     from.  I know what you think of me right now.  But you said

4     you won't get caught.  Well, you're out of luck.  Sure got

5     caught.  Thank you.

6             THE COURT:  Well, thank you, very much.  And I just

7     want to say a couple of things to you, which is that you are

8     not to blame.  You are not stupid.  I'm very glad you're here.

9     And I have a feeling that you'll do really well in

10    cosmetology.

11            MINOR VICTIM 8:  Thank you.

12            THE COURT:  There's a lot of opportunities.  So I

13    hope you continue to pursue that or whatever else you get

14    interested in.

15            MINOR VICTIM 8:  Thank you.

16            THE COURT:  You're welcome.

17            MS. RUSSO:  The next person that's going to speak is

18    Minor Victim 17 and 18's mom.  Minor victim 18 is here.  I

19    don't believe he's going to speak but he's going to come to

20    the podium.

21            THE COURT:  Okay.  That will be just fine.  Welcome

22    to both of you.

23            PARENT OF MINOR VICTIMS 17 AND 18:  This is all new

24    to me.  I'm sorry.  I just found out what going on.  I didn't

25    know about yet about the children.

```
 1              THE COURT:  It's pretty overwhelming.  You can take
 2    your time.  We started early.  I apologize to everybody for
 3    changing the time, but I wanted to make sure you had enough
 4    time, that everybody had enough time to speak today.  So take
 5    your time.
 6              PARENT OF MINOR VICTIMS 17 AND 18:  Having the
 7    authorities informing you that your children are victims of a
 8    predator is a major shock.  All the terrible chaos my family
 9    went through now has a name.  I have two children who were
10    victims of these predators.
11              My daughter MV-17 went from a very shy, easygoing
12    type of child to angry, defiant person.  She became prey to
13    predators pretending to be her age.  The person or persons
14    told her he loved her and was making plans to ruin her.  By
15    the grace of God, I found out before anything happened.
16              The whole family stayed on alert.  We tracked her
17    phone.  She wasn't allowed to leave the house by herself.  We
18    constantly watched her terrified that someone could come and
19    take her any time.  Not knowing if this is true or not.
20              I'd check her bed at nighttime to make sure she was
21    in.  Her brothers wouldn't go to bed, not until she went to
22    bed because they were worried about her.  The fear of having
23    her kidnapped was just overwhelming as a parent.
24              THE COURT:  I can't imagine.
25              PARENT OF MINOR VICTIMS 17 AND 18:  We weren't
```

1    allowed to have freedom any longer.  We tracked her phone.

2    She wasn't allowed to go anywhere by herself.  Her life became

3    turned around when she met the young man she's married to now.

4    But even him we didn't trust.  And he got mad at us and goes

5    why are you tracking her?  We don't know you.  Don't trust

6    you.  Sorry.  Can't trust you.  And she's not here today

7    because she's pregnant and she's --

8            THE COURT:  I read the materials.  Congratulations.

9            PARENT OF MINOR VICTIMS 17 AND 18:  Thank you.  And

10   my son MV-18 went from outgoing, talkative, engaging,

11   inquisitive to inclusive, depressed, and angry.  He almost

12   stopped eating altogether.  Every meal became a battle to find

13   something he would eat.

14           I had to talk to him into eating.  Even then it was

15   only a few bites.  He lost so much weight I was concerned he

16   was anorexic.  When I asked him why he refused to eat, he

17   would say, get mad and answer, they wouldn't let me eat.

18   They'll harm me if I eat.  And asked many times who they were.

19   He became upset and never tell me.  The only information I got

20   from him was they threatened him with death if he didn't obey.

21           We had MV-18 talk to a counselor from our church and

22   then he had to go stay with his grandparents out of state.

23   We're hoping that would -- the new environment would change

24   things.  I never found out who they were, but now I know.  I

25   still worry about him now and I fear that he'll not eat

1     causing stress.

2              THE COURT:  He's lucky to have you here speaking and

3     helping along the way.

4              PARENT OF MINOR VICTIMS 17 AND 18:  The guilt that I

5     missed something [Inaudible] my children.  We kept in the

6     living room.  The kids had [Inaudible].  They use an iPod to

7     reach them.

8              We followed all things we knew to do and still they

9     managed to get to our kids.  The predators stole the joy, the

10    virtue, and self confidence of my children and destroyed many

11    other children.  I don't know the answer to keeping our

12    children safe from such evil.

13             Knowing these men are going to prison and cannot hurt

14    another child gives me some peace.  [Inaudible] get out and

15    get in touch with a computer.  [Inaudible] technology that

16    we've got terrifies me that they get back out there and do

17    more harm to our kids or my grandchildren.  Thank you for

18    listening.

19             THE COURT:  Thank you, very much.  Thank you, both.

20             MS. RUSSO:  Your Honor, the next statement is minor

21    victim 21's mother.  They could not be here today but they did

22    want me to read this statement.

23             THE COURT:  Okay.  And when you're reading, be sure

24    not to read too fast.

25             MS. RUSSO:  Yes.

```
 1            Your Honorable Judge, I am the parent of two teenage
 2   daughters who were the victims of child pornography.  This is
 3   so difficult to write and I don't even know how to begin.
 4            My daughters are very sensitive girls and my oldest
 5   daughter has anxiety and ADHD and is the youngest in her
 6   class.  She was quite naive and innocent.  She has always
 7   wanted to be liked as all teen girls do.
 8            Her anxiety is the worst at night when her medication
 9   has worn off and she questions herself.  She unfortunately
10   went searching for chatting and acceptance on social media
11   sites.  She was vulnerable.  She was made to believe the
12   people she was talking to were teens as well.  And this
13   deception lasted for months.
14            They made her believe they were her friends.  There
15   were other girls in the group as well so this impacted many
16   other girls.  She began to trust these boys.  She was
17   impressionable and again wanted to be liked.
18            Then my youngest daughter was brought into this as
19   well because she idolizes her older sister.  She was even more
20   naive than her sister and trusted everyone.  They took
21   advantage of my daughters.
22            After all of this, my oldest spent a long time crying
23   every night and it created more stress and depression.  Her
24   amount of sleep declined.
25            We had to find a counselor who could help our family
```

1    work through this.  We now see this counselor regularly.  My

2    youngest has retreated and is more quiet now.  She used to be

3    happy everyday and is now more pessimistic.  She goes to

4    therapy sessions as well.

5            As their mom, I feel defeat, embarrassment, and

6    shame.  I feel I failed my girls.  But I also feel angry

7    because it is these men's fault for luring these girls in,

8    lying to them, making them do things that they would have

9    never thought of.  I am crushed because my oldest will go to

10   college and I will worry more than normal.

11           What happened to my girls still haunts them and my

12   husband and I.  I worry about what it has done to their

13   psyche.  Will these pictures and videos show up again in life?

14   Will it affect them getting a job?  Will it impact their

15   future relationships?

16           I worry about them everyday.  There isn't a day that

17   I don't think about what this has done to them.  And now I

18   have to be strong for them and work on trying to build their

19   confidence back up.  I worry about trust issues with males.

20           I hope that these offenders not only spend a long

21   time in jail but also are required to get help.  Who seeks out

22   young girls?  I worry that when they complete their sentence,

23   that they will do it again.  They have changed our lives

24   forever where we won't be the same.

25           Will they feel this for the rest of their lives?  I

1    will worry that they will do this to other sweet innocent

2    girls.  We need closure for our family so we can heal.  I beg

3    you to give the maximum sentence possible to keep others safe.

4    And she writes respectfully the mother of Minor Victim 21.

5             THE COURT:  Thank you, very much.

6             MS. RUSSO:  Your Honor, the next person to speak is

7    the legal guardian of minor victim 23.  I hope I said that

8    correctly.

9             THE COURT:  Okay.

10            MS. RUSSO:  Court-appointed guardian.

11            THE COURT:  Welcome.

12            CONSERVATOR FOR MINOR VICTIM 23:  May it please the

13   Court, Your Honor.  I am here on behalf of victim number 23.

14   Actually rather than guardian, I am conservator for her.

15            THE COURT:  Okay.

16            CONSERVATOR FOR MINOR VICTIM 23:  As a result of the

17   deviant behavior perpetrated by this defendant and others, I

18   am serving in this capacity at this time.  She was found to be

19   incompetent to make decisions on her own behalf.  She is

20   presently hospitalized in my home state and has been so

21   hospitalized for 20 months.

22            The victims you've heard from all have experienced

23   the most horrific events that are unimaginable.  I can't tell

24   you about what happened to my victim.  As you have seen,

25   different folks have different roads to recovery.  Some there

```
 1    will be no recovery.  I hope it will be recovery for all at

 2    some point.

 3          My client takes out her PTSD by simply being as

 4    obnoxious as she can.  She was hospitalized and she was

 5    refusing any medication, any medical treatment.  She was bed

 6    ridden.  What actually started this process for me was that

 7    the hospital brought an action to a point of conservator in

 8    the probate court in my home state called on me to serve in

 9    this capacity.

10          THE COURT:  Thank you for serving.

11          CONSERVATOR FOR MINOR VICTIM 23:  And she actually

12    had bed sores that were becoming infected.  And she refused

13    any treatment.  She would not allow anyone to change her bed

14    linen.  The psychiatrist attributed this to post traumatic

15    stress disorder.

16          At the time, nobody in the treatment team and not

17    myself had any idea of the source of that.  The psychiatrist

18    simply said I know where it's coming from but I don't know the

19    facts surrounding it.

20          As I have heard today, much to my chagrin I wish I

21    had never known what the cause of it was.  But now I

22    understand it far better.

23          THE COURT:  And I hope you can convey it back to the

24    treatment team so perhaps they'll be able to help her.

25          CONSERVATOR FOR MINOR VICTIM 23:  That is my
```

1   intentions.  Your Honor, the result from this experience was

2   that she sought the relationship and got married.  I have no

3   doubt that had she not had these experiences she probably

4   would have made a better choice in marriage.

5        Some three months after she was married, she was

6   traveling out west to Colorado to find a new home and start

7   over again to get away I think from all of this.  In a

8   midwestern town she was involved in a very serious automobile

9   accident which left her as a paraplegic -- excuse me,

10  quadriplegic.  She has limited use of her hands, but very

11  little.  Her mind is still in tact.

12       She has no recollection of these events.  I think

13  that she has buried it all and that is her method of dealing

14  with it is to not deal with it.  She qualified for Medicaid

15  from my home state and was transferred back there in order to

16  get Medicaid.  Because where she was hospitalized, the state

17  could not provide that for her.

18       So she came back to my home state.  She came under

19  the care of the hospital in my hometown.  And I became

20  involved in September of 2018 and have been working with her

21  since then.

22       In addition to the automobile accident, she found out

23  when she was in the hospital for her injuries she was three

24  weeks pregnant.  She lost the child through adoption.  She

25  went through the delivery, but was unable to care for her.

```
 1    Her husband did not believe in the part of the marriage vows
 2    that talks about for better or for worse and divorced her.
 3    Her life is left in shambles.
 4         When I hear the victims talk about victim 23, 1
 5    through whatever, it's for the purpose of anonymity for these
 6    victims.
 7         THE COURT:  Yes.
 8         CONSERVATOR FOR MINOR VICTIM 23:  But it also is kind
 9    of desensitizing and I am so grateful that you were able to
10    hear and put a face with each and every one of these victims.
11         THE COURT:  Me, too.
12         CONSERVATOR FOR MINOR VICTIM 23:  Because it is --
13    those are the lives that have been impacted so devastatingly
14    as a result of this defendant's behavior.
15         When I think of this, the only analogy that I can
16    make is that this defendant was infectious.  And he spread his
17    infection throughout all of these victims.  And that infection
18    grew.  It affected their families.
19         You heard the mothers, you'll hear from fathers, that
20    infection grew and grew.  And unfortunately for Amanda it
21    became septic.  And she lost her life as the direct result of
22    this reprehensible behavior.
23         Your Honor, in closing, we always end a pleading with
24    a prayer for relief.
25         THE COURT:  We do.
```

```
1              CONSERVATOR FOR MINOR VICTIM 23:  And I have a prayer

2      for relief that I offer to you.  First, I would say to this

3      defendant, may God have mercy on your soul.  My prayer to you

4      is that you will show no mercy but allow justice to prevail

5      and that he be sentenced to life in prison.  Thank you, your

6      Honor.

7              THE COURT:  Thank you, very much.

8              MS. RUSSO:  Your Honor, just to give context a little

9      bit.  Minor victim 23 is the victim that had a room with her

10     name and then cutting.

11             THE COURT:  Yes.

12             MS. RUSSO:  And this was the room where all the self

13     harm would happen.  Mr. Berenson had videos with respect to

14     minor victim 23.

15             THE COURT:  I read that.  But thank you for bringing

16     that to my attention.

17             MS. RUSSO:  Your Honor, I would like at this time to

18     call minor victim 24 and her mom.

19             MINOR VICTIM 24:  Hi.

20             THE COURT:  Welcome to the two of you.  The family

21     resemblance is overwhelming.  I just have to say that from

22     where I'm sitting.

23             MINOR VICTIM 24:  Hi my name is Kate and I'm 22 years

24     old.

25             I remember the first time I saw Michael.  I was 14
```

1    years old in my bedroom wearing a white T-shirt.  The only

2    reason I remember what I was wearing is because he later had

3    me take it off.  I was so worried that my parents might walk

4    in, so I locked the door and sat in front of the computer.

5            Michael and I were both on cam watching each other.

6    I remember feeling weird having a man so much older than me

7    watching me and flirting with me.  It felt wrong and made me

8    feel dirty.  But a part of me being an insecure 14-year-old

9    girl liked the attention.  He kept asking me to get undressed

10   over and over again.  I was too worried at first but after a

11   while I did take off my shirt.

12           I don't remember how long it was off or what else

13   happened that night.  I honestly subconsciously blocked it all

14   out.  I remember the next day though telling people he

15   recorded me or capped me as they liked to say the night

16   before.  He was telling me he was going to show other

17   pedophiles and he thought it was funny.  It was a big joke to

18   him.

19           He's one of the many pedophiles throughout the years

20   that have taken advantage of me being a child.  I've seen him

21   brag about having a video of a 9-year-old masturbating with a

22   toothbrush.  I've seen him asking pedophiles to trade child

23   porn with him.  I've seen him threaten little girls to go on

24   web cam or he would contact their schools and family.  I even

25   called and spoke to his mother.

1              THE COURT:  Thank you for doing that.

2              MINOR VICTIM 24:  And told her that he was

3    blackmailing little girls online.  She hung up.  I even called

4    back and left a long voicemail.  That didn't matter though.

5    They didn't listen and he was online everyday victimizing

6    children.

7              I truly believe if his parents had listened to me

8    there might not be as many victims as there are today.

9              THE COURT:  I do, too.

10             MINOR VICTIM 24:  Michael didn't care that I was

11   barely 14.  He didn't care that I was in middle school or that

12   had braces.  At that time I still got excited about Disney

13   Channel.  He didn't care that this could hurt me forever.  He

14   had no remorse.  He is evil.

15             I'll remember him for the rest of my life and what he

16   made me feel.  I will remember his smile, or his face and

17   smile when he thought it was funny to make girls feel scared.

18   This feels like a dream come true knowing he is right where he

19   belongs.  I hope he never hurts a little girl again.

20             I've come across a lot of pedophiles online and he is

21   truly one of the worst I've ever seen.  These people

22   manipulated me so much, I truly believed Michael and the other

23   pedophiles were my friends.  That's what they do and they

24   don't care.

25             I would sneak on to my laptop at night when my family

1    was asleep -- I'm shaking.

2              THE COURT:  If you could slow down a little bit.

3    Because we want to get every word you're saying on the record.

4              MINOR VICTIM 24:  Okay.

5              THE COURT:  You're doing a beautiful job.

6              MINOR VICTIM 24:  I would sneak on to my laptop at

7    night when my family was asleep and go to chat rooms and talk

8    to them on chatteen.com.  Because in my head, we were all

9    friends and nothing was wrong.

10             It wasn't until I grew up and saw how damaging all of

11   it was.  It has taken years of therapy trying to deal with all

12   of this.  It has been years of night terrors.  A 14-year-old

13   girl shouldn't have to deal with nightmares that she is being

14   kidnapped by pedophiles and raped.

15             I've had these people talk about how they're going to

16   come to my house, kill my family, and rape me.  When my niece

17   was born, I remember thinking that I didn't want my dad around

18   her.  My dad has never done anything wrong, but in my head I

19   thought all men were attracted to children in some way and to

20   this day still affects me.  I felt scared when I saw her on

21   his lap.

22             I will forever be haunted by what Michael has done to

23   me and other girls.  I guarantee you, Michael does not feel

24   remorse.  None of them do.  But I am strong.  I have grown.

25   This may be my victim statement, but I am not a victim.  I

1    made it through this and I am here.

2          These men tried to break me.  I would cut myself and

3    think about suicide constantly for years and I still struggle

4    with that eight years later.  But here I am standing in front

5    of someone that has once victimized me but he does no longer

6    scare me.

7          I am 22 years old and I will deal with this for the

8    rest of my life.  But I'm doing something I never thought I

9    could do.  I'm standing up to someone that hurt me.

10         Michael, you've stolen the innocence of many

11   children.  We won't get that back.  It's important that you

12   get the maximum sentence so you can never hurt a child again.

13   You are clearly a danger to society.  You have changed our

14   lives forever.  We will never get that innocence back no

15   matter how hard we try.

16         So guess what Michael, the little girls you're

17   attracted to don't stay little forever.  We grow into strong

18   women that can stand up to you.

19         Your Honor, thank you for allowing me to speak today

20   and tell part of my story.  This experience has been horrific

21   yet therapeutic.  I'm asking you to please sentence Michael

22   for life and I hope this will help me and the other strong

23   girls today heal in some way.  Thank you.

24         THE COURT:  Thank you, very much.  Maybe you can stay

25   and support your mother now.  It helps to have someone with

```
 1    you.

 2              MOTHER OF MINOR VICTIM 24:  My name is Dana.  I'm a

 3    proud mother of Peyton.  I also now care for the large group

 4    of wonderful people behind me.  Parents that feel sadness,

 5    guilt, as well as unconditional love and pride.  Victims that

 6    feel pain they will feel for the rest of their lives.  All

 7    because of Michael.  Michael who I just watched squirm while

 8    Peyton spoke and moments before that he smiled and nodded when

 9    he was referred to as an infection.

10              THE COURT:  I saw that.

11              MOTHER OF MINOR VICTIM 24:  I'm glad you did.

12              When Peyton was 14 her interests were the Jonas

13    Brothers, trips to Disney World, Nickelodeon shows and begging

14    to wear a little bit more make up.  Months after meeting

15    Michael online, her vocabulary consisted of doxing, capping,

16    proxy servers, IP addresses, and baiting.

17              They taught her all about their sick world.  They

18    that I refer to is Michael and the sadistic group of organized

19    men known as the base for most of these websites.

20              Then the blackmail started.  She was told that if she

21    did not do more, show more, they would stream videos,

22    physically hurt her and her family, and send pictures to her

23    family.  They did indeed do all of that.  He hacked her

24    webcam.  They hacked her Facebook.  Sent images to her

25    grandparents and other family and friends.
```

1          Posted images of her on other social media.  Posted
2     our home address and the layout of our house and begged people
3     to break in and rape her.  They threatened to post photos on
4     her grandfather's website where he is a proud deacon.
5     Basically anything to make her perform to fulfill their sick
6     fantasies.
7          These men all worked together.  They sold and shared
8     videos.  They shared each other's sick addictions.  Then as a
9     last effort they threatened to report her to the police for
10    producing child pornography.  And again, they followed through
11    with their threat.
12         The first time the local police showed up at our
13    house, I wasn't even surprised.  She was 15.  Our days
14    revolved around drama -- 14?  She was 14.  I remember it was
15    the summer.  So she was 14 going on 15.  By that point, our
16    days revolved around drama and fear.  It was our new norm.
17         They saw the binder of evidence I had saved, the
18    countless calls to police and FBI.  The e-mails to deplorable
19    websites that focused on and allowed pedophilia.  The hundreds
20    of DMCA's I had submitted.
21         While they did feel some sympathy towards Peyton,
22    they left showing Peyton handcuffs saying they didn't want to
23    have to come back for her.  A year later, Peyton warned me it
24    was going to happen again.  Weeks later, two agents from the
25    Texas Attorney General's office came to see us.  They were a

1    godsend.

2         They came ready to possibly prosecute her but were so

3    shocked by Payton's story, they've kept in contact for years.

4    We know when their children are born and what their names are.

5    They use her story when talking to high school students.  They

6    had her listed on the national registry of missing and

7    exploited children to try to stop some of the hacking of her

8    social media sites in contacting --

9         THE COURT:  You're doing a great job.

10        MOTHER OF MINOR VICTIM 24:  Thank you.  In contacting

11   other family members.  A few months after there I had to admit

12   her into in patient care for depression and suicidal thoughts

13   for the first time.

14        A year later came homeland security.  They had copies

15   of obviously faked chat room posts from her that had been

16   submitted to them as a blackmail threat.  They made it look as

17   if she had done horrible things to her niece.  In talking to

18   Peyton and looking at her computer, it took them less than

19   five minutes to confirm they were fake.  They left and wished

20   her well.

21        And only two years ago Peyton called me at my office

22   panicked because FBI agents were outside her apartment door.

23   And I honestly thought this will never end.  I was barely

24   holding on.  And that was nothing compared to what Peyton was

25   feeling.

1          Her anxiety and depression had reached an all time

2     high.  To the point that I found myself almost preparing for

3     the worst, for the unthinkable.  But to our surprise and

4     relief, the visit from the FBI agents was an answer to our

5     prayers.  They wanted info from Peyton.  They saw her as a

6     victim.  They asked her for names and locations, users,

7     aliases and details that she could provide.  It was then that

8     I realized my scared little girl had grown into a strong

9     woman.

10          Less than a month later, we started receiving notices

11     of more convictions.  The one we're addressing today Michael,

12     Quagmire, feels like the greatest victory thus far.  He was

13     the ringleader.  Michael rerouted my daughter's life.  He

14     didn't ruin it.  He isn't that powerful.

15          THE COURT:  No.

16          MOTHER OF MINOR VICTIM 24:  But he did reroute it.

17     He changed the projection.  He did not have that right.  As

18     parents, we all know how to manipulate a bit.  We call it

19     reverse psychology, but we can manipulate a child to see a

20     situation or do a chore by how we ask, by how we approach so

21     that they can make that decision themselves.  That is healthy.

22          Michael used those same tactics as an adult to a

23     child for pure harm, meanness, and evil.  They were children.

24     That's the point of all this.  Whether looking at it from a

25     sick sexual viewpoint or from the terroristic threats and

1    blackmail.  They were children.  Michael, you're an adult.

2           Peyton has learned from every detour that Michael and

3    the likes of him have thrown her way.  Her strength is truly

4    an inspiration to me.

5           THE COURT:  And to me as well.

6           MOTHER OF MINOR VICTIM 24:  Her boyfriend, a

7    wonderful man she's been dating for three years, once told

8    her, Peyton, every day you battle yourself and every day you

9    win.  So Michael, you sick fool, all you did was helped create

10   a warrior.

11          Your Honor, I hope you sentence Michael to life in

12   prison.  Show others the possibility of the consequences of

13   their actions.  Please make a difference for all those he has

14   hurt, all he has damaged, for Amanda and for others that

15   couldn't be here today and for all those behind me that have

16   shown their strength by being here today to face him.

17          I want to thank you for allowing me to speak.  Thank

18   you to the agents who didn't give up.  And to the judges like

19   yourself who take strong actions to say this isn't right and

20   this will stop.  Thank you.

21          THE COURT:  Thank you, very much.

22          MR. THOMAS:  Your Honor, may I approach?

23          THE COURT:  Certainly.  Off the record?

24          MR. THOMAS:  Thanks, Judge.

25          MS. RUSSO:  Your Honor, the father of MV-25 is the

1    next person to speak.

2              THE COURT:  Okay.

3              MS. RUSSO:  And we have one speaker after.

4              THE COURT:  All right.  Thank you.  Welcome.

5              MOTHER OF MINOR VICTIM 25:  Thank you.

6              Your Honor, our daughter is like many of the people

7    we've heard from today.  The victim of an awful, awful child

8    pornography ring.  Our daughter was 10 years old when these

9    crimes were committed.  And like the previous victim, we

10   didn't know anything about this until just the FBI contacted

11   us and explained what had happened about two years ago.

12             Until that point in time, we were a very, very normal

13   family living happy and contented lives.  Excuse me.  We had

14   no idea what our daughter had been exposed to or the secrets

15   that she'd been living with.

16             To say the least, finding out that our daughter was a

17   victim of a child pornography crime was a terrible shock to my

18   wife and to me and has caused heartache and stress to our

19   lives and our relationships.

20             As we've heard from everybody else today, we are very

21   concerned about our daughter's mental health.  We question her

22   development and journey to adulthood through a very different

23   lens today.  We worry that her exposure and her involvement in

24   this child pornography ring will impact and ruin her chances

25   of normal sexual development.

```
 1            Our daughter has weekly counseling with a therapist.
 2    She has elevated anxiety levels.  And her therapist recently
 3    suggested she may require a psychiatric evaluation.  And
 4    hearing what I've heard today, I really do understand a lot
 5    more than I did before I came here today.
 6            THE COURT:  Well, thankfully you were able to be
 7    here.
 8            MOTHER OF MINOR VICTIM 25:  As worried parents, one
 9    of my reactions to this crime is to place much, much tougher
10    restrictions on her access to the internet.  And the usage of
11    her devices than any of her friends.
12            As I'm sure that any parent of a teenager
13    understands, this causes arguments and this causes stress,
14    which is all part of what used to be our very normal family.
15    But when we have these arguments, we have to relive the base
16    cause of those arguments, which is her involvement in this
17    awful child pornography crime.  And we are reminded of what
18    happened each and every time we have one of those arguments.
19            Further, we cannot bring ourselves to share what has
20    happened with anyone in our extended family and very close
21    family.  It's just a dark secret that's not spoken about other
22    than between the three of us.  This just isn't right.  It
23    doesn't feel right, Your Honor.
24            THE COURT:  I can understand that.
25            MOTHER OF MINOR VICTIM 25:  And our family shouldn't
```

```
1    have to deal with this.  It's not our fault.  It's not my

2    daughter's fault.  It's no one's fault other than the

3    defendant.

4         I trust you're going to take all of this into account

5    when you're sentencing this criminal.  He has exposed his sick

6    perversions in front of very, very innocent children.  And

7    he's caused irreparable harm to our daughter, to my wife, and

8    to me.  And I hope that he receives the appropriate sentence.

9              THE COURT:  Thank you, very much.

10             MS. RUSSO:  Your Honor, I'd just call the mother of

11   MV-27.

12             THE COURT:  Okay.  Welcome.  And thank you for your

13   patience.

14             MOTHER OF MINOR VICTIM 27:  Thank you.  Thank you for

15   having me in this courtroom.  And before I start, I have to

16   thank the girls and their families for remembering my

17   daughter.  I have words written and I'm hoping that I can get

18   through them.  In one piece or many pieces.

19             THE COURT:  That's okay.  We have plenty of time.

20             MOTHER OF MINOR VICTIM 27:  Amanda said, quote, I

21   hope one day I can write a song about bullying and others so

22   when kids are alone staring out the window crying they can

23   play my song and know that it's not their fault and things

24   will get better.

25             My name is Carol Todd and I live in Port Cuevo, a
```

1    city close to Vancouver, BC in Canada.  Since being asked to

2    appear before this Court, I have emotionally struggled with

3    finding the right words to say for today.

4          My daughter's name is Amanda Todd.  She was born on

5    November 27, 1996, and died by suicide on October the 10th of

6    2012 at the age of 15.  In a better world I shouldn't be

7    standing here before you in a courtroom in the State of

8    Michigan talking about my daughter.

9          My daughter died by suicide due to the atrocities of

10   the behaviors of others.  And for that reason I am here to be

11   her voice and also speak mine.

12         It was Amanda's wish to make a difference for other

13   children, to tell her story so that others might come forward

14   with the courage to tell theirs.  And that's what we have

15   witnessed today, many have.

16         THE COURT:  We have.

17         MOTHER OF MINOR VICTIM 27:  I lost my daughter too

18   early unnecessarily as a result of crimes related to

19   exploitation which then led to bullying and cyber bullying

20   amongst her peers and from others on the internet.  Some that

21   she had never met or known in real life.

22         I, as her parent, have been left to deal with the

23   pain of losing a child and wondering what might have been.  I,

24   as a parent, have had to deal with ongoing therapy, have dealt

25   with the guilt, and have dealt with the thoughts of what if.

1   Each day there are daily reminders of what I have missed

2   without Amanda.  She is forever 15 in our hearts.  And when I

3   see young teens out and about in my community, it reminds me

4   of the vibrancy of my daughter.

5         When I hear about her friends having boyfriends,

6   going to college, getting engaged, I become sad and think

7   about what could have been.  In a better world I should have

8   my daughter by my side to hug, to laugh with, and to talk to.

9   But sadly, that will never happen again.

10        There are so many things I miss about Amanda.  I wish

11  that I could hold her one more time.  I wish I could have one

12  more conversation with her.  I wish that I wish that I could

13  even have an argument with her because then she would there

14  with me.

15        I would tell her she was wonderful, that she was

16  special, that she could do anything that she put her mind to.

17  But we know that won't happen.  I live with the constant

18  memories of good and bad, the pain of remembering has no

19  words.  I live with the ongoing thoughts of what if, what

20  about, and what could I have done differently.

21        Amanda was a typical teenager who wanted a typical

22  teenage life.  She loved shopping, music, had a dream of

23  performing on stage singing just like Justin Bieber.  And when

24  she was older.  Instead she found the deep dark secrets and

25  the fears that happen on the internet.

1          Too young to know better and too young to deal with

2     it on her own.  Amanda was someone who wanted others to just

3     be nice to one another.  She found it hard to understand why

4     people couldn't make up after an argument and get along.  And

5     after being subjected to the many negative and horrific

6     events, Amanda gave up her activities and also her trust for

7     others.

8          Raising children in this digital age is challenging

9     and can have devastating consequences as we know now.  Amanda

10    trusted too easily and wanted everyone to like her.

11         She was an active energetic and creative person.  She

12    had an unexplainable curiosity and a passion in life to help

13    others.  She loved animals, cheerleading, and mostly she loved

14    to sing.  And it was her love of singing combined with the

15    internet that brought her to the dark corners of the online

16    world.

17         It brought her to those who took advantage of her

18    naivety, her innocence, and destroyed her self confidence, her

19    relationships, and ultimately her desire to live.

20         I am both sad and angry at the circumstances that

21    have brought me here today, sad at all that I have lost and

22    angry because I know that her suffering and her death were

23    unnecessary.

24         Cyber bullying and exploitation are crimes that need

25    to be stopped.  We can't forget the wrongful and negative

1    behavior of those who have used the internet to prey on young

2    children.  Leaving behind wounds, scars, and memories etched

3    into the minds of those who have been victimized along with

4    their families to pick up the pieces of healing.  I know all

5    too well that these memories have rough edges.  They will

6    never be forgotten, but the edges will be less sharp over

7    time.  I promise that.

8              I know that Amanda never stopped hurting as evident

9    in how she created the video she posted on YouTube.

10             THE COURT:  It was a beautiful video.

11             MOTHER OF MINOR VICTIM 27:  Five weeks before her

12   death.

13             THE COURT:  Yeah.  It said so much.

14             MOTHER OF MINOR VICTIM 27:  That video has been

15   viewed around the world 54 million times.  54 million people

16   know Amanda's story and will hopefully be out there creating a

17   voice to stop exploitation out there in this world.

18             THE COURT:  I hope so.

19             MOTHER OF MINOR VICTIM 27:  Amanda will never realize

20   her goals of helping others, that she won't sing again, that

21   she will never get -- she never got to have her 16th birthday,

22   never got her chance to get her driver's license, her first

23   job, graduate from high school, go to college, have

24   boyfriends, have a marriage, have children.  I will never

25   become a grandparent to Amanda's babies.

1          Because of the crimes committed it is important that

2    we address what needs to be stopped.  As a vulnerable young

3    person, this made Amanda more of a target.  Amanda felt alone,

4    rejected by her peers.  Online friends fill that gap, but

5    ultimately took advantage of her.  Abusing her rights as a

6    child and taking away the innocence of living as a young

7    person.

8          As a mother who has lost a child by suicide, the

9    emotional toll and psychological impact it has had on myself

10   and my family has been profound.  No parent should ever have

11   to talk about losing a child due to the perils of online

12   behaviors and the effects of negative abuse of others both on

13   and offline.

14         On the morning of October 10, 2012, I got up to get

15   ready for work.  Before leaving, I kissed Amanda goodbye and

16   told her I would see her later.  As I headed to work, I would

17   never expect that that would be the last time I would ever see

18   my precious baby girl alive again.

19         If I could figure a way to turn back time to change

20   the past, I would.  But I can't.  I have to live with the

21   horrific truth that my daughter is no longer in this physical

22   world.  That she endured actions that no one ever should.

23   That she felt pain that no one ever should.

24         Restorative justice is commonly defined as an

25   approach to justice that focuses on addressing the harm caused

1   by crime while holding the offender responsible for his or her

2   actions.  By providing an opportunity for the parties directly

3   affected by crime, victims, offenders, and communities to

4   identify and address there needs in the after math of a crime.

5           I strongly feel that the defendant sitting here

6   should get the most extensive sentence possible for the crimes

7   he has committed.  It is my hope that the time spent in

8   incarceration, he would be able to find the means to realize

9   and understand how his actions have impacted and damaged the

10   lives of many.

11           It is my hope that he is able to take responsibility

12   of ownership for his actions and be able to learn about making

13   positive choices in the years moving forward.  However many

14   that may be.  It is my hope that he can learn to express what

15   he needs towards making him a better person than what he has

16   demonstrated in the past.

17           Amanda left this world way too soon.  A death I once

18   again say was preventable.  As her mother, I am her voice

19   speaking out for the injustices for all those who have

20   suffered like her so that no others can be hurt or victimized

21   again.

22           As parents, we always expect our children to outlive

23   us.  Losing a loved one is inconceivable and indescribable.

24   And when it is your own child, the pain is impactfully worse.

25   The loss of Amanda has affected so many.  Myself, her family,

```
 1   her true to life friends, and people across the world.  Her
 2   life and then her death has forever changed me as a mother and
 3   as a person.
 4         I have spent six years and six months of pain, grief,
 5   and learning to copy with Amanda's death.  Since that time, I
 6   have been subjective to not only the grief of losing my
 7   daughter, but also the negative trolling behaviors of others
 8   blaming me for the death of my daughter as a mother.
 9         THE COURT:  Oh, I'm so sorry.
10         MOTHER OF MINOR VICTIM 27:  These are not people that
11   I know.  These people are online and hiding behind a screen
12   also.  I like Amanda have learned that there are no
13   limitations for these keyboard warriors, these online attacks
14   have taught me how Amanda and others must have felt being
15   victimized.
16         Our children are the most important resources for the
17   future.  We must learn how to keep them safer from those that
18   can impact their lives negatively.  There are far too many
19   children just like Amanda who have been hurt emotionally and
20   physically from the senseless actions of those hiding behind
21   their screens.  And as adults we are responsible for helping
22   make the life -- a safer world.
23         THE COURT:  We are.  Thank you.
24         MOTHER OF MINOR VICTIM 27:  I know that from
25   somewhere Amanda's looking down upon us and hoping for
```

```
 1    justice.  It is important that those that are guilty of online
 2    abuse and exploitation, similar to what Amanda has endured,
 3    are held 100 percent responsible.
 4           Remembering these words, it was Amanda's wish to make
 5    a difference for other children, to tell her story so others
 6    might come forward with the courage to tell theirs.  I commend
 7    the bravery for all these young people and their parents
 8    today.  It takes courage to share.  And Amanda didn't have the
 9    chance to share her story in person.
10           To hear and meet these families have helped in my
11    ever going everlasting eternal healing process.  But still it
12    hurts.  I am so glad that these young girls are alive and with
13    their families.
14           THE COURT:  I am, too.
15           MOTHER OF MINOR VICTIM 27:  And unfortunately I am
16    not in a situation that I can say that I have my daughter with
17    me.  If Amanda only knew that she was never alone in her
18    story.  And today sharing in this courtroom has shown this to
19    me.
20           I hope that each family will continue -- will begin
21    and continue on with their individual healing journeys with
22    the outcome today in this court.  Thank you for taking the
23    time to listen to my words.
24           THE COURT:  Well, thank you, very much.  And I'm just
25    so, so sorry.  But I'm very thankful that you could be here on
```

1    behalf of yourself and your daughter.

2              MOTHER OF MINOR VICTIM 27:  It was important.

3              THE COURT:  Yeah.  Thank you.

4              MOTHER OF MINOR VICTIM 27:  Thank you.

5              MS. RUSSO:  Your Honor, that concludes the victim

6    impact statements in this case.

7              THE COURT:  Okay.  Well, then, I have a few remarks

8    I'd like to make and then I'll call upon -- we're going to

9    take a ten minute break and then we'll reconvene at 4:20.

10             THE CASE MANAGER:  All rise.

11                       (Brief Recess)

12             THE CASE MANAGER:  Court is now back in session.

13             THE COURT:  Well, before I turn to the government to

14   address the Court on is sentence you're seeking as well as Mr.

15   Thomas and Mr. Berenson, I'd like to say something to those of

16   you who have just spoken as well as those of you, including

17   Amanda, who are not here.  Some of whom might later read the

18   transcript or hear from the prosecutors or others about what

19   has gone on here today.

20             First, I want you to know that I'm very familiar with

21   this case.  I had the challenging experience of presiding over

22   a jury trial of one of the 27 members of this conspiracy.

23   Over the course of two weeks of that trial along with the jury

24   I was exposed to many hours of the images these men created.

25             The government after all had to prove beyond a

1   reasonable doubt that the conduct had actually taken place.

2   And there was simply no other way to do that than to portray

3   the images to me, to my staff, and to the jury.

4         It was a painful process. It was a horrible process

5   I can assure you. But it was a necessary one. That

6   particular defendant had a legal right to maintain his

7   innocence and put the government to their proofs. He was

8   convicted on all counts and the jury did not deliberate long

9   to arrive at that conclusion.

10        Over the course of presiding over that trial and the

11  sentencing of many of the other defendants connected with this

12  criminal enterprise, I met many of the victims in addition to

13  those of you who are here today.

14        I heard the testimony at trial of the girls and their

15  parents. The pain that I saw and felt was beyond anything

16  that I had previously been exposed to and I'm now 60 years

17  old.

18        And I want to say something about this word victim

19  for just a moment. And I know that we need to use this minor

20  victim 1 and 2 and so on. But in my mind, those of you who

21  were exploited, your siblings, your parents, and your close

22  community are all victims in a certain way of these horrible

23  and unbelievable crimes.

24        When one person in a family is suffering, the others

25  suffer, too, though in a different way. It's my hope that you

```
 1    will not be victims anymore.  But I want to tell you that I
 2    have listened to everything you've said here today.  I have
 3    read all of the materials from both sides, including the
 4    letters from children, parents, therapists, and others.
 5           Each of you who are here today or are reading this
 6    transcript have, in my view, unbelievable and enormous courage
 7    and strength to come forward and explain to me the impact this
 8    crime has had on each of you.
 9           I can see and I can hear in you the resolve you have
10    to heal from these crimes.  And to come out of this experience
11    stronger and more ready to take on the world.  You are each
12    amazing people to have traveled here to Michigan and to tell
13    your story out loud as painful as it is.
14           It is my hope that in the telling of your story, you
15    can leave as much of it here with me as you possibly can.  So
16    that when you return home, you can tap into the depth of your
17    strength and find joy, happiness, good humor, and kindness to
18    carry you forward.
19           I promise everyone that there are very good people in
20    this world.  So, so many more than at this moment you can
21    probably imagine.  And we are all rooting for you.
22           You will have an opportunity in your life to work,
23    play, to go to school, to love, and be loved by those who wish
24    you well and who support you as the individuals you are.  You
25    will persevere and you will be celebrated for that.  You are
```

1    respected here.

2         It is my deepest hope that at the conclusion of this

3    sentencing hearing, now the last in this case as I understand

4    it, each victim and each survivor and each one of these

5    beautiful people who are here will know that this Court has

6    respect and awe for the strength and resilience that you have

7    shown.

8         We each have a part to play in the criminal justice

9    system and you have now done your part even if you did not

10   speak out loud and even if you're not here today.  We each

11   have different ways of taking care of ourselves.  I respect

12   and honor and understand that.  But please know that this

13   Court and this judge will not forget you and will not forget

14   what was done to you.  And that I will be counting on you to

15   take good care of yourselves and your families and friends so

16   that you can continue to heal.

17        And I heard the word shame a number of times.  And

18   there is only one, maybe two people in this room who should

19   feel shame.  And none of you are among those people.  None of

20   you.  I promise.  And I heard the word guilt.  And there's

21   only one person who's been found guilty here and he's sitting

22   with the orange jumpsuit.  So I wanted to assure you of that

23   as well.

24        So I'd like to now call on the government to address

25   the Court on the sentence you're seeking.  And just so that

```
 1    all of you know, because I presided over this trial, I have a
 2    great deal of knowledge about the case in general.  And I have
 3    learned a great deal more about Mr. Berenson.  So if Ms. Russo
 4    limits her remarks a little bit, that would be okay.
 5              MS. RUSSO:  Yes, Your Honor.  Understood.
 6              Your Honor, for Michael Berenson, exploiting children
 7    was like a chess game.  Only he was the one that had all the
 8    people and engineered all the moves.  He literally treated
 9    these girls like he was their puppet master.  He called
10    himself matter in some of the chats with them.
11              And for some of these girls, Your Honor, he convinced
12    them that he was their boyfriend and he got them to engage in
13    sexual activity on web camera and then used that to control
14    every single move they made.  It was essentially almost like
15    kidnapping but through the internet, Your Honor.
16              And so like every other Website A offender that you
17    have sentenced, Your Honor, this was about power and control.
18    But it's just that Berenson took it further.  And he
19    dehumanized these girls.  He asked them to self harm.  He
20    captured the self harm without the sexual activity but just --
21              THE COURT:  Slow down.
22              MS. RUSSO:  -- for his own benefit, Your Honor.  And
23    he's different in one other very important way, which is that
24    he is extremely intelligent, Your Honor, and technologically
25    sophisticated.
```

```
 1              And he used that intellect here, Your Honor, to do
 2    something that I've not seen any offender be capable of up
 3    until this point, which is getting other people's hard drives,
 4    changing their account recovery options, changing their
 5    passwords, and stealing other offender's child pornography, as
 6    well as taking over hard drives of some of the minor victims
 7    and shutting down their computers or taking items from their
 8    computers.
 9              Taking over their web cameras.  We've seen that from
10    one or two other offenders prior to this, Your Honor.  But
11    still, it's a rare skill.  So those two things, Your Honor,
12    make this defendant extremely dangerous and that is why the
13    government is asking for a life sentence in this case.
14              But I want to talk about the defense arguments.  I
15    want to talk about autism specifically, Your Honor.  Autism
16    does not equal psychopathy.  And what we have here is a
17    separate disorder that I think autism is being used as a
18    blanket excuse to cover up for the fact that someone could
19    have more than one disorder.
20              Just because you have autism doesn't mean you have to
21    be cruel and exploit children.  And in fact, most people with
22    autism contribute positively to society especially, Your
23    Honor, when someone has high functioning autism like Mr.
24    Berenson.
25              Those unique gifts that come from that high
```

1    functioning autism are -- they end up being -- there's an FBI

2    agent I work closely with that has autism that's on the

3    spectrum and who's used those gifts to help society instead of

4    hurt it.

5           And Dr. Sugrue in one of the articles that defendant

6    cites on page 117 talks about the difference between high

7    functioning autism and other forms of autism.  And when you

8    look at that, Your Honor, there can be no doubt that Mr.

9    Berenson falls into the category of high functioning autism.

10          Because of his technological sophistication, because

11   of the 36 character encryption password, because of the fact

12   that he was able to amass such a large collection of Bitcoin

13   even, Your Honor.  And frankly just as a sidenote, I would

14   like to know where that Bitcoin is now.  Because if he still

15   has 500 Bitcoin, that is worth $2,500,000 and that is a source

16   of restitution that the government would like to know if it

17   still exists.

18          But even at the lowest end of Bitcoin that the

19   defendant has had, it would have been worth $250,000.  So this

20   is not a small amount of money that he amassed.  In any event

21   --

22          THE COURT:  And did he amass that money in this

23   enterprise or through something else?

24          MS. RUSSO:  Through something else, Your Honor.

25          THE COURT:  Okay.

1          MS. RUSSO:  Autism cannot be used to excuse any and

2    all behavior.  And the defense said that Mr. Berenson should

3    not be punished because he was born with autism and his lack

4    of empathy is due to his autism.

5          However, Your Honor, at the same time there are two

6    articles that defense cites which talk about how very

7    frequently when evaluators look at autism and they look at an

8    offender who's been charged who has autism, they forget to

9    look for other disorders as well.  Like antisocial personality

10   disorder and psychopathy.

11         And those are the articles that the defense cites.

12   Their Exhibit Number 9, Your Honor.  It also talks in Exhibit

13   Number 9 about dehumanization and how that repetitive

14   dehumanization can result in it talks about different types of

15   serial killers and serial rapists who have psychopathy, Your

16   Honor.  And that mutually -- that autism and that disorder are

17   not mutually exclusive.

18         The then the other exhibit that it talks about is

19   James Blair article and he discusses psychopathy there, Your

20   Honor.  And this defendant meets the qualifications that Blair

21   talks about.  He says it is a disorder characterized by

22   pronounced emotional deficits marked by a reduction in guilt

23   and empathy and involved increased risk of displaying

24   antisocial behavior.

25         So with that said, Your Honor, a couple of other

1    points I want to make the defense argues is they say that Mr.

2    Berenson did not appreciate the wrongfulness of his conduct.

3    But that is not true.  Mr. Berenson in fact during interviews

4    with law enforcement specifically shied away talking about the

5    blackmail because he knew that the blackmail was seen as a

6    different layer of evil, Your Honor.

7           He specifically shied away from talking about Amanda

8    Todd because he knew that his involvement with Amanda Todd

9    would likely get him into trouble.  When he found out that we

10   were going to be analyzing his devices, he admitted that he

11   had the image that was used to blackmail her because he knew

12   that we were going to find it and we would have questions

13   about it.

14          Mr. Berenson is very aware of what it is that he's

15   done and the different layers of wrong that it involves.  He

16   also, Your Honor, told Seattle police that he was not involved

17   in child pornography when they went to the house because he

18   knew that if he told them the truth that they might look at

19   his computer and they might find what was on it.

20          He then, Your Honor, after Seattle police visited his

21   house, put the 36 character double layer encryption on his

22   devices.  So with all of those things said, there's no doubt

23   that Mr. Berenson knew what he was doing was wrong and didn't

24   want to be caught.

25          But even if he didn't know it was wrong, Your Honor,

```
 1   even assuming that, the harm that he has caused and the danger
 2   that represents Mr. Berenson is something that the Court
 3   cannot ignore.  And regardless of whether he knew what he was
 4   doing or was wrong, he has shown that he will continue to do
 5   it even knowing that law enforcement is looking for him and
 6   that the only thing that stopped him in this case was his
 7   arrest.  And he would still be on Website A today, Your Honor,
 8   had he not been arrested.
 9             So the next thing I want to discuss is Dr. Parker's
10   evaluation.  And in doing so, I'm going to talk about the fact
11   he did not evaluate Mr. Berenson for psychopathy or for any
12   other disorders, Your Honor.  But some of the information that
13   he provides about Mr. Berenson is helpful when we're looking
14   at the antisocial behavior traits that are so important when
15   we're talking about psychopathy.
16             So what Dr. Parker tells us and he basis this
17   evaluation on his conversations with Mr. Berenson's mother as
18   well as a three-hour interview with Mr. Berenson, Your Honor.
19             THE COURT:  And I will note about the Bitcoin, Mr.
20   Berenson's mother says in the interview with Dr. Parker that
21   he no longer has the 500 dollars or 500 Bitcoin.
22             MS. RUSSO:  Okay, Your Honor.  So the antisocial risk
23   that scientists -- I'm sorry, forensic evaluators look at
24   antisocial behavior risks and they look --
25             THE COURT:  Slow down a little bit.
```

1          MS. RUSSO:  They look nor a certain number of

2    factors, Your Honor.  They look for, one, compulsive behavior.

3    They look for, two, impulsivity.  They look for, three, early

4    behavior problems.  Four, conning manipulative behavior.

5    Five, pathological lying.  Six, lack of emotional depth.

6    Seven, callousness.  Eight, lack of empathy.  And nine,

7    failure to accept responsibility.

8          Your Honor has likely heard about these factors

9    before in other sentencings because they're considered the

10   best predictor of future hands on offenses and future

11   recidivism.

12         Here, Dr. Parker did not evaluate Mr. Berenson for

13   those factors.  But some of his findings are helpful.  During

14   his interview with Mr. Berenson, Mr. Berenson admitted that he

15   is sexually attracted to 11 to 15 years old and that he

16   masturbates multiple times a day to the videos that he has

17   created of those girls.

18         He admitted that he had a history in elementary and

19   middle school of getting into fights.  That he got detention

20   in high school for programming a school computer with a 500

21   page printing joke.  He admitted that he doesn't have interest

22   in peers.  Dr. Parker found him to be impulsive and to have

23   compulsive behavior.

24         He also, according to Dr. Parker, had exhibited a

25   flat affect at times.  And then Your Honor the defense

1    memorandum talks about Berenson's lack of empathy and lack of

2    remorse.  All of these go to his antisocial behavior disorder,

3    Your Honor.  But Your Honor also has the chats, the exhibits,

4    all of those things.

5           So because of this, Your Honor, I think what Dr.

6    Parker's interview coupled with all the other evidence shows

7    is that this defendant has more than just an autism disorder.

8    And I will point out two other things.

9           The articles the defense cites definitively establish

10   that people who are autistic are no more likely to commit

11   violent crimes than others and, in fact, are less likely to do

12   so.  And there are two articles specifically that I have

13   pulled that the defense cited that say as much, Your Honor.

14          Does Your Honor want those?

15          THE COURT:  I don't need them, but I appreciate that

16   you have them.

17          MS. RUSSO:  And so the last factor I want to talk

18   about, Your Honor, and then I'm going to close, is about

19   protection of the public.  And for this factor, Your Honor, I

20   want to mention I've given Your Honor a few different possible

21   designations for Mr. Berenson.

22          And I do not believe protection in prison is a

23   factor, but it is something that I certainly want.  I want him

24   to be safe while he is in prison.  And I have tried to do some

25   research to assist the Court in finding a place where he could

1   be the most safe.

2          THE COURT:  I saw that.

3          MS. RUSSO:  So I do believe he would be safe there.

4   But I do want to talk about protection of the public and other

5   girls like the ones you've heard from today, Your Honor.

6          So this defendant, when it comes to his conduct, I

7   think that it is aggravating and it shows that he's the most

8   culpable because of a few different factors.  One is

9   trendsetting, Your Honor.  This defendant's group became the

10  exemplar for others on Website A.  But it wasn't just on

11  Website A where he started a trend, a prototype for other

12  offenders to follow.

13         Cruelty, Your Honor, is the second factor that I

14  think makes him stand apart.  I had never seen any offender

15  and I have been a part of every sentencing for this case with

16  this type of cruelty.  It is unparalleled.  It is shocking.

17  It is horrible, Your Honor.  And I think the single example

18  that I will give you that I think says it all is the comic

19  that he had specifically saved regarding Amanda.

20         The self harm that he directed for these girls and

21  encouraged, particularly minor victim 8, the blackmail.  I

22  find different layers of this blackmail.  Every new day

23  there's more that I find out about it and I'm scared about

24  what I don't know.

25         The distribution of the images and the videos that he

1    made across the internet without regard to the fact that these

2    girls videos and images would be distributed like that and who

3    else might get them.  The games pitting the girls against one

4    another.  I think it was minor victim 2 that told me that for

5    him the jackpot was them self harming.  I don't have words for

6    that.

7              And then the fact that he was so obsessed with these

8    girls harming themselves that he saved a 41-minute video of a

9    girl -- and I have no evidence to suggest that he had direct

10   contact with her.  But she was on a website he was on.  And

11   there's nothing in the video except her killing herself, Your

12   Honor.

13             The video is a girl that was 12 years old in the

14   United States and he has this video on his computer.  And

15   there's no explanation for why someone would save that video

16   to their computer.  But that is the type of thing that I see

17   again and again in reviewing the images and videos on his

18   devices is there are videos that aren't even about sexuality.

19   Or there's nothing in those videos that anyone could find

20   appealing, no matter what your sexual interest is.

21             Then Your Honor, the next thing that I think makes

22   him more culpable in an aggravating factor is his

23   sophistication.  I've spoken about that already.  I wasn't

24   even aware that he took over MV-24's web camera at one point

25   until today.  The next aggravating factor is the scope of this

 1     conduct.

 2            He wasn't just on one website unlike most of the

 3     other offenders in this case, Your Honor.  And he wasn't just

 4     a hunter, he was a talker, he was a looper, he was a

 5     blackmailer.  He served all the different roles.  The duration

 6     of his conduct, Your Honor, ten years every single day doing

 7     this day in and day out.  He was on Website A the day before

 8     the search warrant execution.  Even after two months of the

 9     warning from the Seattle police department.

10            The size of his collection, Your Honor, 105,347 child

11     exploitive videos and images.  1,128 hours of child

12     pornography.  But the most staggering part of that, Your

13     Honor, is the 2,260 logins he made in the two months before

14     the search warrant.  This is after Seattle police had warned

15     his family.  After mom said she was going to monitor his

16     laptop.

17            It is incredible to me that he was logging on that

18     much during those two months.  But not just that he was

19     logging on, but that he was logging on to suicide room,

20     punishment, crying and fun, crying and stuff, ho MV-23, those

21     sorts of rooms, Your Honor.  Those are the rooms he was

22     picking to go on to on Website A.

23            The content of his devices is the next aggravating

24     factor, Your Honor.  We have depictions of infants, toddlers,

25     prepubescent children, bestiality, and girls self harming

1    themselves.  We have the screen shots that I've talked about

2    of self harm.  And we have screen shots that he saved with the

3    words BM or blackmail to come back to at a later time.  And

4    finally, Your Honor, resulting harm is the other things that

5    sets this defendant apart from any other.

6           I think all but maybe two of the identified victims

7    came here today on the day after Easter weekend.  And that

8    wasn't because of anything other than the harm that he did to

9    these girls because they wanted you to hear their voices

10   because he has caused life altering results because of his

11   conduct.  And that -- they have had to live with what he did

12   to them for everyday since it occurred.  And so they came

13   here, Your Honor, so that you could hear their voices.

14          And I think from their statements you heard the type

15   of things that his conduct resulted in.  And I think Your

16   Honor can see the distinction not -- all of this harm is bad.

17   None of the girls that have suffered because of this case have

18   suffered lightly.

19          But when you look at the number of girls that were

20   blackmailed in this particular case and the number of girls

21   who attempted suicide, and then you look at what happened with

22   Amanda.  And the last thing I'll say about Amanda is, everyday

23   again we're finding out more information about this.  We won't

24   know the whole picture until after the sentencing.

25          But he did have Amanda as a Skype contact and he did

1   share her Skype with other people that were offenders on

2   Website A and other websites.  We don't have any content of

3   their Skype conversations.  They go back too far.  We don't

4   have conversations before 2011.  But that is what we know.

5   Thank you, your Honor.

6           THE COURT:  All right.  Well, thank you, very much.

7   Mr. Thomas.

8           MR. THOMAS:  Hard to sit here for three hours and not

9   appreciate the harm that has been caused by his conduct.

10  Judge, I think that there is a legal distinction that could be

11  made between his conduct and his cumulation of the amount of

12  child pornography and the consequences of that that lie

13  directly at his feet.  And he's embraced by his guilty plea.

14          I'm not trying to take away from it in some crafty

15  argument.  I think we have to embrace what happened here.  And

16  we did.  I think that we have to acknowledge the harm not only

17  what was for us to hear by the victims and their family, but

18  also the other harm that's out there.

19          But this Court should not sentence Mr. Berenson based

20  on the fact that there's other stuff out there that may have

21  been available in the 24 months that he's been incarcerated

22  that they've had a chance to look at the materials, 22 of

23  which he's suffered in solitary confinement because of the

24  autism syndrome and the things that have happened to him while

25  he's been in custody.

```
 1          But there's a distinction and I saw how well worded
 2   the government's sentencing memorandum is.  I would like the
 3   Court to acknowledge the fact that Amanda Todd's suicide is
 4   something that we should all be concerned about and that the
 5   concert of action between all people on the internet led to
 6   her death.
 7          Michael had no conversations with Amanda Todd.  He
 8   accumulated the pornography that was related to Amanda Todd.
 9   In and of itself a crime.  In and of itself reprehensible.
10   But to lay her death specifically at his feet because
11   inferentially he contributed to it by communication, I think
12   that that was an unfair argument.  And I don't know whether or
13   not the judge saw it.
14          I talked to April before we came here today and asked
15   her to concede that.  She said that she was going to tell you
16   something about that, but I did not hear that.  And if I'm
17   wrong, I'll take -- I'll take responsibility for it.  But my
18   impression --
19          MS. RUSSO:  Your Honor, I'm not disputing that he --
20   that I don't have evidence of direct contact with her.  I just
21   have the production of child pornography of her.
22          THE COURT:  Okay.
23          MR. THOMAS:  All right.  I don't want to get out of
24   hand regarding arguments back and forth on this.  Because I
25   think what I'm here to say and what the whole thrust of my
```

```
 1    sentencing memorandum was was that we have a couple of jobs to
 2    do here as sentencing, one of which is to be compassionate and
 3    to acknowledge the wrong that has been committed here.  And I
 4    think that the Court has done that and I'm trying to do it
 5    here.
 6            And I'll say it, on behalf of the family of Michael
 7    and Michael in his communications with me, it's impossible to
 8    know the depth of which damage has been done to these
 9    families.  And I sincerely apologize on behalf of my client
10    and his mother and father who traveled from Portland to come
11    here today.
12            That goes without saying.  And I know that the crime
13    itself is something that the Court has to consider for
14    purposes of sentencing.  There's other purposes of sentencing.
15    Deterrence, rehabilitation, and also considering the history
16    and characteristics of the defendant and all the 3553 factors
17    which I tried to address.
18            THE COURT:  You did.
19            MR. THOMAS:  And Judge, I want to say something.
20    That thing came late.  And I know --
21            THE COURT:  Oh, I read every -- I read the abstracts
22    of the articles.  But I read every word that you submitted to
23    me.  I did not read all the articles.  I read the abstract and
24    I skimmed the articles.
25            MR. THOMAS:  So let me say something about Michael
```

1    Berenson.  Let me not be accused of not looking back and

2    seeing what has been caused by what it is that he did.

3          This is a young man that's been loved by his family.

4    Did not know of his conduct.  And it was hidden conduct.  And

5    maybe they should have taken more responsibility to look

6    behind some of the facts that were disclosed here by the

7    government.

8          But they got caught blind sided with a young man who

9    was challenged and who didn't have real education about a lot

10   of things.  About sex, about life, about socialization, about

11   all of the things that go into growing up with a syndrome, a

12   disorder that he didn't choose to have.  It's a

13   neurophysiological syndrome.  And I don't, as suggested by the

14   government, suggest that it caused the conduct.

15         This Court inquired about maybe his criminal

16   responsibility.  That is not being contested here.

17              THE COURT:  Right.

18              MR. THOMAS:  He has pled responsibility.  He has

19   acknowledged that he's done.  And he stands before you in a

20   way vulnerable.  He could go to jail for life in prison and he

21   knows it.  And he knows there's no appeal.

22         I tried to show him that maybe there's some other

23   things that we should look at to make sure that we have a just

24   and a humane sentencing.  Not a humane sentence -- not a

25   sentence as the government might suggest.

1        I feel that there's a moral component to what it is

2   that they're doing here.  It's been said to me that they think

3   that he's a monster.  They have said that he was somebody

4   other than a human being.  I just -- I want to get beyond

5   that.  I want to talk about who he is and why he is.

6        And what it is that we now have a responsibility to

7   do at sentencing when it comes to standing up for this young

8   man on my part and for your part hopefully to take a look and

9   see what it is that can go into the factors.

10       Well, what factors contributed to his crime.  Don't

11  excuse them.  What contributed to the crime.  And what are the

12  factors that we have to look at to provide for a just sentence

13  which includes what's happened to him while he's in jail.

14  What's going to happen while he's in prison.  What are the

15  things that he's going to get that he needs, the tools that he

16  needs while he's in prison.

17       And hopefully let's dispel this myth that

18  rehabilitation is impossible.  I think that rehabilitation can

19  be possible.  I think the Bureau of Prisons is starting to

20  address it.  They're placing people in pods so that they can

21  be protected.

22       I talked to you about what happened in Milan and I

23  know you know it.  It resonated throughout the entire

24  district.  It can't just be two people in a room.  And okay

25  you can fight and kick your way out of it.  You'll get seven

1    guys come in the room and they'll stab you to death with

2    something they're not even supposed to have.

3              THE COURT:  Right.

4              MR. THOMAS:  That can happen if he doesn't go where

5    there's going to be groups of them accumulated.  Programs in

6    effect for people who are there.  And placement with

7    nonviolent prisoners.

8              Now I have to say something that's not in my brief.

9    All right.  Your sentence -- and I've seen yours and Judge

10   Murphy's, Judge Borman's, and the other judges.  I've seen

11   their sentences.  I don't know because I addressed it to Judge

12   Murphy.  He didn't know that if you sentence him to any more

13   time than 20 years left to serve, he will go in a medium

14   security facility.

15             THE COURT:  I can make a recommendation and I can

16   request that that -- that the recommendation of the facility

17   be reported back to me.  I can require that I get a report of

18   it.  And I'm told by the Bureau of Prisons that they'll pay

19   careful and close attention to that and do everything within

20   their authority to comply with it.

21             MR. THOMAS:  I do understand that.  But his security

22   status is going to be based upon factors that may transcend

23   the judge's recommendation.

24             THE COURT:  What is your request for the facility?

25             MR. THOMAS:  Well, Judge, I want him to go to a

1    sexually offensive specific institution.  There are seven of

2    them available.  I like Littleton, Colorado.  We've reached

3    out to them.  And we've asked that you give Inglewood

4    consideration.  Taking a look at Allen Ellison's [phonetic]

5    book, which everybody seems to want to cite as a resource, I

6    talked to Allen Ellison about it and Cathy Schaeffer

7    [phonetic], who is one of my consultants on this case, reached

8    out to them.

9          That is our best recommendation for that.  But I was

10   going to save that for the end because I wanted to focus more

11   on the factors that the Court should look at to determine a

12   just sentence.  But that's not in my brief specifically.  But

13   the request for that facility is.

14         And that goes along with a plan that I have for

15   rehabilitation which includes not only his incarceration in a

16   specific program that they have in the Bureau of Prisons for

17   sex offenders, but also his step down to community confinement

18   and a program for him after he leaves which includes

19   continuation of therapy.

20         You know, 20 years from now who knows who's going to

21   be alive.  I probably won't be.  But money being set aside so

22   that he can go to the alpha house where he'll have in patient

23   treatment for a significant period of time up to a year and a

24   half or two years at the expense of a trust fund that the

25   family's going to set up for him.

April 22, 2019

```
 1              It's about $200,000 for that program.  This is from
 2    the family, not Michael, who doesn't have a million dollars in
 3    Bitcoin.
 4              THE COURT:  Okay.
 5              MR. THOMAS:  But who may have been engaged in a
 6    hyperbole with the therapist about the value of his trading.
 7              THE COURT:  Well, no, it was his mother who said at
 8    one point that he did have it but that he didn't invest in --
 9              MR. THOMAS:  Judge, he had enough to pay rent is the
10    implication.
11              THE COURT:  And that came from a trust from the
12    grandparents.
13              MR. THOMAS:  Oh, well he doesn't have money in trust.
14              THE COURT:  Oh, not a trust but a gift.  A gift from
15    the grandparents.
16              MR. THOMAS:  Yeah, I don't have a gift.  I have a
17    family with inheritance which they would be in the direct
18    line.
19              Michael's grandfather was a world renown heart
20    surgeon.  And he was -- even into his 90's he was on staff
21    emeritus at a famous institution in Louisiana.  He was quite
22    wealthy because the things that he did continued to be
23    practiced and he had tremendous wealth and recognition.  And
24    Michael had gained some of his intelligence from his
25    grandfather.  And certainly his mother who's been very
```

```
 1    resourceful and very helpful.

 2          And the government wants to blame him for his

 3    intellect.  I say this, there's no taking away from what this

 4    young man did.  His ability to not only communicate in a

 5    setting that others worked to get the girls to do what it is

 6    that they did.  He was focused on that and he was able to do

 7    it.

 8          But it is his syndrome which caused his lack of

 9    empathy, his theory of mind that allowed him to continue to do

10    these things without any thought about what it is that he was

11    doing to these young girls, what the consequences of his

12    actions were going to be.  How this was going to play out in

13    the end.

14          His syndrome evidence made him very, very

15    shortsighted.  And certainly without the ability to form what

16    you and I would have if we did something that we felt sorry

17    for.

18          I will tell you, this is probably the most

19    interesting case that I've ever had.  I've had -- I'm

20    terrified.  Terrifying for what the consequences of this are,

21    terrifying in remorse to see these young girls and their

22    parents come up here.  I feel their anger.  To understand that

23    this Court is going to be focusing on Michael and what his

24    conduct was and hope that maybe that there would be another

25    way to look at this.  And so that's what I tried to suggest.
```

```
 1              I don't know that I've seen except for maybe one
 2    sentence where there was a 20-year sentence.  Everybody else
 3    has been around 30, 40, some as high as 44 I think.
 4              THE COURT:  I think so.
 5              MR. THOMAS:  And that's a heavy burden.  That's a
 6    very heavy burden.  And I'm wondering what is a just sentence
 7    in light of what it is that I've tried to present to the
 8    Court.  You've been very, very kind to the people that have
 9    come up here, and rightfully so.
10              How does a judge justify a sentence that's less than
11    life in prison when universally everybody that came in here
12    asked for it.  And I've tried to give you a way to do it.  I
13    don't know how successful until the end.  But it's with
14    sincerity and I tried to show some science here.  I didn't try
15    to just say pull it out of my hat, you know.  Let's just see
16    -- throw it against the wall, see if it sticks.
17              There is legitimate science out here that talks about
18    the fact that autism has not been recognized in criminal
19    justice except for since the 40's.  Maybe 50 or 60 years.
20    That people, whether they're the county sheriffs or people
21    with the Bureau of Prisons, that they haven't really addressed
22    the issue of how it is that you're going to rehabilitate
23    somebody who has a neurophysiological disorder, something that
24    they're born with.  And how it is that they're going to change
25    behavior.
```

```
 1              But it looks like in the last ten years that there
 2    has been a recognition that there are programs and there are
 3    therapeutic methods which you can behaviorally change a
 4    person's conduct.
 5              Now how long does that take?  I mean, he's motivated.
 6    He's obviously standing in front of you for a sentence.
 7    Everybody's motivated by that.  But to the best of his ability
 8    and God bless him, he couldn't even pay attention this whole
 9    time.  You know I wanted him to focus on the witnesses and
10    what they were saying.  He can't.  It's just the way he is.
11              But there are cognitive methods, behavioral methods
12    that they can employ while they are incarcerated.  And in
13    these programs, in the sex offender specific treatment
14    programs, that can address that issue.  He can be saved.  I
15    don't want to lose this guy for the rest of his life.  I'm
16    asking you to try and take that into consideration.
17              I addressed the 3553 factors.  I can run through them
18    and explain them.  Judge, we've been here for now almost four
19    hours -- three and a half hours.  I put every factor in the
20    3553 factors I could think of.
21              THE COURT:  I did read your submissions as well as
22    the letters that were attached.
23              MR. THOMAS:  And this whole idea, theory of mine is
24    probably one of the most pivotal points.  How can somebody
25    commit an act and not feel remorse?  How can somebody
```

April 22, 2019

```
1    perpetuate what it is that they've done and perseverate,

2    continue to focus, focus, focus on it even after Portland --

3    Seattle police officers, police departments came out there.  I

4    did it, too.  It's the other end of the world, Judge.

5           Even though they came out four months earlier and

6    said there's something going on.  You know, how do you -- how

7    do you continue to do that?  Well, okay.  One explanation is

8    that he's a monster and that he continued in what it is that

9    he did.  I suggest another.  And that is that the syndrome

10   evidence and the factors that Dr. Parker had talked about

11   contributed to it, not that they excuse it.

12          And without check, mom and dad, they didn't check.

13   The police authorities didn't follow up.  He didn't have an

14   education that included sex education.  People think of people

15   that are autistic as asexual.  Well they're not.  They just

16   don't know how to express it.

17          And here is the most horrible end that can occur

18   without education, without monitoring, and without the things

19   that are necessary for somebody, somebody to survive getting

20   hooked on the net, which you know that's a catch phrase now.

21          There is nothing more compelling, nothing more

22   compelling.  And I can't -- if you don't have an outlet, the

23   internet is.  And when my kids upstairs 19 years old and he's

24   upstairs more than an hour on the internet, I walk up.

25   Because you never can tell.  And you have worse fears.
```

April 22, 2019                                                          106

```
 1              And here they are realized here because he didn't

 2    have the education.  He didn't have the close monitoring.  He

 3    didn't have the tools.  And he perseverated in this horrible

 4    contact, series of contacts.

 5              Judge, he could never view all the material that he

 6    accumulated.  And nobody's saying he did.  And there's a lot

 7    of duplications in there.  That's the worst argument.  But his

 8    collection of it and as a function of autism and now being

 9    punished because of the amount and being treated because of

10    the fact he had that amount, I'm not sure that's fair.  I'm

11    not sure that's entirely fair.

12              There was a reference to him as a psychopath.  I

13    think do share some of the traits of a psychopath.  But

14    Michael, he's not a psychopath.  Michael's not a monster.

15    Michael is not an animal.  Mike is a human being with a

16    condition.  And that condition was one that he was born with.

17    He was born with it.  What do we do about it?

18              I think he can be rehabilitated.  And I think we can

19    proffer in consideration I think we can have a plan.  He's

20    still 30.  That he can have a life after that.  And there

21    could be assurances to the community that he's not going to

22    commit the crime again.  So.

23              My focus was to get away from the moral outrage.  And

24    that's a hard thing to do because this involves sexuality in

25    human beings and hidden behavior.  And here it is now in court
```

1   open for the whole world to see.  Which leads me to the

2   government publishing his face in their sentencing memorandum.

3   That was not [Inaudible] and which I'm hoping that the

4   government did ask the Court to place under seal.

5          I would like to have their memorandum and any

6   photographs of Michael placed under seal.  Because when he

7   goes to prison, I don't want him to have a fate that Christian

8   Mare [phonetic] had.  And the people that are in there are

9   devious in their ways to get to those things.  But this one

10  they don't have to get to because that's just on Pacer.

11         And I'm surprised at Robert Snells [phonetic] giving

12  him no credit because I think that he sometimes he overreacts

13  to things that he hasn't publicized it.  So I'm asking that

14  anything as specific to Michael's conduct or his face be

15  placed under seal.

16         THE COURT:  What page is his face on?

17         MS. RUSSO:  Your Honor, I already have taken that

18  down.

19         THE COURT:  Okay.

20         MS. RUSSO:  And after talking to Jim, he raised that

21  concern within an hour I sent -- about the face, Your Honor.

22  Within an hour, I had taken it down and filed a new memo with

23  that redacted.

24         THE COURT:  Because I never saw it.

25         MS. RUSSO:  The memo is not under seal but that is

1   redacted.

2           THE COURT:  I understand that.  And there's no reason

3   for the memo to be under seal but his face is no longer there.

4           MR. THOMAS:  Very well.  His father is here.  His

5   mother is here.  She begged me to talk.  I told her no.

6   Michael's here.  He will talk.  Briefly.  Only briefly.

7           THE COURT:  Okay.

8           MR. THOMAS:  This Court --

9           THE COURT:  Well, I read his mother's letter.

10          MR. THOMAS:  Oh they're here.  And his brothers and

11  sisters.  Well intended letters.  Well intended letters from

12  successful people.  Michael's cousin, the lawyer from New

13  York, former Assistant U.S. Attorney, he wrote a wonderful

14  letter.

15          And then people who had known Michael as a child,

16  they see a completely different person than the man that

17  stands before you because his conduct was hidden.  But they

18  still said nice things about him.  And there is a side to him

19  that I want the Court to see him.  That's why I included those

20  letters.

21          THE COURT:  Thank you.

22          MR. THOMAS:  All right.  If I can ask for one second,

23  then I'm going to allow Mr. Berenson to talk.

24          THE COURT:  Okay.  Mr. Thomas, can you just remove --

25          MR. THOMAS:  Can I stand next to him?

1           THE COURT:  He's going to remain seated.

2           MR. THOMAS:  Please do.

3           THE COURT:  Then I'll ask you to move the microphone

4    down so that he can speak into it.  There you go.

5           MR. THOMAS:  The last piece is -- and I'll accuse me

6    of testifying as much as I would accuse the government of

7    testifying.  I sat with this man on many, many, many

8    occasions.  The Court noticed that there was an affect and you

9    wondered whether or not he was competent and he is.  And we've

10   never said anything otherwise.

11          THE COURT:  And I asked a series of questions to

12   assure myself that he's competent, knows the difference

13   between right and wrong, knows what's going on here, who the

14   prosecutor is, what my role is.  And I was very confident that

15   he did understand those things at the conclusion of the

16   hearing.

17          MR. THOMAS:  His affect is different.  You may not

18   see it or you may see it depending how this plays out.  His

19   affect may be different.  And I saw him towards the end

20   feeling the stresses of this.

21          He had let himself go, you know.  And his hair was

22   let go long and he was not taking care of himself.  And he was

23   -- he had ideations of suicide.  He's been isolated for that.

24   But there was never a question in my mind either about his

25   competence.  But I wanted the Court to know about the affect

1   which is confirmation of the fact that this man has been

2   diagnosed since he was 2 years old.

3            You know I read about Larry Dubin's [phonetic] son

4   and the case about Larry Dubin's son.  And I actually met with

5   Larry Dubin with John Shea.  Larry Dubin at 29 -- Larry

6   Dubin's son at 29 years old was not diagnosed with Asperger's

7   syndrome, autistic syndrome.

8            THE COURT:  Okay.

9            MR. THOMAS:  There's a difference.  In any event --

10           THE COURT:  There's some debate about whether there's

11   a difference, but we won't go into that now.

12           MR. THOMAS:  We won't go into that.

13           THE COURT:  Yeah.

14           MR. THOMAS:  And I've taken too long.  But this is a

15   young man that has been diagnosed with autism since he was 2

16   years old.  He didn't talk until he was 4.  He has all the

17   tell-tale signs of the syndrome are present here to a greater

18   or lesser extent.

19           There's no question about this young man having some

20   disorder that has affected him in his life and that has

21   attributed to his conduct.  And I hope the Court finds that.

22           THE COURT:  Okay.  Thank you, very much, Mr. Thomas.

23           Mr. Berenson, this is your opportunity to speak on

24   your own behalf if you wish to, but you're not required to.

25           THE DEFENDANT:  I'm sorry about what I did.  You know

1    it's so easy to get caught up in something.  And I wasn't

2    thinking about what I was doing.  I knew it was wrong.  I did

3    it.  And I'm sorry.

4          I was only thinking about myself.  And if given the

5    chance, I would like to make -- do whatever I can to make sure

6    that I never hurt another person or do anything wrong.  Not

7    because it's illegal, but because I -- my family wanted me to

8    be a good person and clearly I haven't.  And I want to go

9    forward as being the best person I can be.

10          THE COURT:  Okay.  Well, thank you, very much.

11          MR. THOMAS:  One more thing.

12          THE COURT:  Okay.

13          THE DEFENDANT:  And again, I am very sorry to

14    everyone that I've hurt.  I've embarrassed my family.  I lied

15    to my family about what I was doing and I'm sorry about that.

16    I lied to others as well.  I'm sorry about that.  And I'm very

17    sorry to have hurt so many more people.

18          Not just the people I was talking to online.  But

19    after hearing how it affected them and just -- and how they

20    had to go through therapy and all that, see I wasn't thinking

21    about that.  I was just thinking about the feel good feelings

22    that were happening at the time.  But never understood the

23    real damage that happens long term.

24          And while I live in prison, I've read in the law

25    library other victim impact statements from other sex abuse

```
 1    cases.  And that I now see just how damaging it is.  And that
 2    I think back now in my -- I think back about like how would I
 3    like it if someone took advantage of me.  And if that was --
 4    if those images were of me being circulated I would not like
 5    it.
 6              And I had no right to do that to someone else.  And
 7    I'm very sorry about that.  And I'm sorry doesn't really --
 8    doesn't do what I -- it doesn't undo what I did.  But
 9    hopefully I can move forward and never hurt someone else
10    again.
11              THE COURT:  Okay.  Well, thank you, very much, for
12    your remarks.  Before I turn to the imposition of this
13    sentence, I want to thank all of the lawyers and the agent,
14    Ms. Russo, Ms. O'Connor, Agent Christianson as well as the
15    defense lawyers Mr. Thomas and Mr. Shea.
16              Our constitution is a very powerful document.  And it
17    gives the government the authority, responsibility, right to
18    bring this case, to investigate it.  It is a tremendous amount
19    of work.  It is a tremendous sacrifice to be exposed to the
20    kind of conduct that this case was involved with.
21              So I thank the government for bringing this case to
22    justice.  And I think Mr. Thomas and Mr. Shea.  Our
23    constitution and the Sixth Amendment provides for the
24    effective assistance for a lawyer for anyone who's accused of
25    a crime.  We should all be thankful for that because it
```

1    permits the process to function and to move forward.  And

2    their job as defense lawyers is very hard as well.

3            But they have a job in our constitution and they have

4    fulfilled it in this case.  And so I'm thankful that the case

5    can move forward and come to a resolution.

6            So turning to the imposition of the sentence, I'm

7    required by law, 18 U.S. Code section 3553(a) to fashion a

8    sentence that is sufficient but not greater than necessary to

9    achieve the statutory objectives.  And I'll go through each

10   objective and discuss how I think those objectives apply in

11   this case.

12           Section (a)(1) of the law requires that I look at the

13   nature and circumstances of the offense.  And then look to the

14   history and characteristics of Mr. Berenson.  I do not have

15   words that describe the seriousness of this offense.

16           Together, Mr. Berenson, you and 26 other adult men

17   viscously and cruelly set out to destroy the lives of scores

18   of children, perhaps hundreds, maybe more, for your own sexual

19   gratification.  You attempted to change their lives forever.

20   And you took at least one life.  And as far as I know, it's

21   more than one when the whole conspiracy is taken into

22   consideration.

23           Although I heard in each one of these victims and

24   individuals and their parents a determination to survive and

25   to do more than survive, to actually thrive in their lives.

April 22, 2019

 1   And I know this can be accomplished even though it will not be

 2   easy.

 3          Each of the girls you've victimized and hurt came

 4   into this world with a bright future, trusting that those

 5   around them only wished them well.  You tried to rob them of

 6   that.  You took advantage of bright and vulnerable young

 7   children.

 8          In your conduct in this case is reprehensible beyond

 9   description.  You found these girls.  You wooed them to a

10   secret website.  Coerced them to do things they didn't even

11   know existed.  And you filmed it.

12          But that was not enough.  You shared it with other

13   adult men.  And you tracked them down -- you tracked these

14   girls and their personal information about them and threatened

15   them with taking this information to schools, families,

16   grandparents.  And I understand that you did that in many

17   cases.

18          You took over their web cameras, computers, laptops

19   and you stalked these girls in the most private of all places,

20   their own homes and their own bedrooms.  You derived pleasure

21   from their pain.

22          I have sentenced people who have murdered other

23   people, who have intentionally shot, killed, and stabbed

24   people.  But even in doing that act, they were driven to it in

25   an impulse, at a moment due to either a gang fight or some

1   other thing.  And the remorse that they felt within the

2   instant of doing it was palpable to me at sentencing.

3        I understand that you carry a diagnosis of autism.

4   But there's one thing that I know about autism and I

5   absolutely know it to be true, nothing, absolutely nothing

6   about autism or Asperger's means that you do not know the

7   difference between right and wrong.

8        I have the good fortunate of having been raised by a

9   mother who is an expert in autism, high functioning autism,

10   Asperger condition and I was raised with people -- for my

11   spring breaks I was at a summer camp caring for children with

12   autism.

13        So I know that you know the difference between right

14   and wrong.  Yet you and your co-defendants in this case

15   violated the basic human compact that we all must have to live

16   together in a civilized society.  You set aside what you know

17   to be the difference between right and wrong and you acted as

18   if you were devoid of human compassion.

19        I read the abstracts and I have to commend Mr.

20   Thomas.  His sentencing memo was thorough and balanced and

21   compelling.  You did an excellent job presenting the strongest

22   possible argument in your sentencing memo.  But none of the

23   articles -- and I think you've said as much -- indicated that

24   torturing vulnerable children is associated with autism.

25        Perhaps the perseveration.  Perhaps the quantity.

```
 1    But he's not being sentenced for the quantity.  I will not
 2    punish you more or less because of your autism.  And I do
 3    understand that you have OCD, obsessive compulsive behavior
 4    types of things that can be associated with autism spectrum
 5    disorder.
 6              And although Dr. Parker did not do intelligence
 7    testing, what I see in his report is someone who has
 8    exceptional intelligence and skills.  The situation in school
 9    where you rigged up some sort of printing error, I took that
10    as taking over the computers and making them send things to
11    the printer.  I don't know if that's what it was.
12              Is that what it was.
13              THE DEFENDANT:  No.  I typed up a Word document in
14    Microsoft Word.  This is a 500 page printing joke.
15              THE COURT:  Oh.
16              THE DEFENDANT:  And then when it first printed, the
17    screen popped up, how many copies do you want printed, and I
18    entered 500.
19              THE COURT:  I see.  Well, what I can say about that
20    is I'm of average intelligence and I promise you I could never
21    have accomplished that.  I tried to, along with the law clerk,
22    to make a table of contents for an opinion and couldn't do it
23    without help.
24              So let me turn back to this autism for a minute.  You
25    were born with autism.  And it is both a burden to you and
```

1    your family.  But it can also be a gift.  You can stay focused

2    in a way that other people can't on something and develop

3    incredible capacity.  But you used your talents in an evil and

4    unspeakable way.

5         What you did do these beautiful and amazing children

6    and their families and their friends and their community is

7    beyond comprehension.  You went into those homes, that sacred

8    place, and you coerced, abused, threatened, and hurt them.

9         I'm working as hard as I can in this case to

10   understand how you and your co-defendants set aside that sense

11   of right and wrong.  All sense of one human being's duty to

12   another.  And I will never know the answer to that as much as

13   I wish I could.

14        I have lived with this case since it was filed.  And

15   it has shaken me to the core to know that you and others like

16   you exist in our world and have hurt so many young people in

17   such a horrible fashion.

18        Many people may wish that you rot in hell.  I do not

19   wish for that for you or for your family.  I believe in the

20   inherent worth and dignity of all human beings.  And just as

21   none of you in your case, none of you and your co-defendants

22   cannot take the humanity from these girls and their families.

23   You can't take it from me either.  None of us will be

24   destroyed by your conduct.

25        Section (a)(2)(A) requires that I look at a sentence

```
 1    that will reflect the seriousness of the offense, promote

 2    respect for the law, and constitute just punishment.

 3          Obviously a significant custodial sentence is

 4    required and warranted in this case to reflect the terribly

 5    serious nature of the offense.  I think enough has now been

 6    said about the seriousness of the offense.  But to me, this

 7    case is by all means the most serious of all the cases I have

 8    handled in my short five years on the bench.

 9          Section (a)(2)(B) requires that I fashion a sentence

10    that will afford adequate deterrence.  I do not know what it

11    would take to deter others from committing a similar crime.

12    But it is my hope and my prayer that the sentence meted out in

13    this case will accomplish some measure of deterrence.  If it

14    does that, the sentence will have been a success.

15          Section (a)(2)(C) requires that I fashion a sentence

16    that will protect the public from further crimes that you as

17    an individual might commit.  I absolutely must fulfill my duty

18    under sentencing law to protect the public from you.

19          You were visited -- I don't know what that word means

20    -- by the Seattle Police Department and warned that you were

21    under scrutiny for this conduct.  But you continued.  Your

22    mother was contacted by a victim I have been told.  But you

23    continued.  And by all means, your family was aware that the

24    Seattle Police Department had been inside your house.

25          I have no choice in such a case but to impose a
```

1    sentence that will protect these children and others from you.

2              Section (a)(2)(D) requires that I look at a sentence

3    that will provide you with needed educational or vocational

4    training, medical care, and other correctional treatment.  And

5    I heard in the beautiful and eloquent words of these victims a

6    hope that you are able to achieve treatment and be

7    rehabilitated.

8              We do not have the death penalty in cases like this.

9    Although I know that a tragedy occurred at the Milan detention

10   center and I consider it a absolute tragedy to one of your

11   co-defendants, I absolutely know that we owe a duty to protect

12   you from harm at the hands of other inmates.

13             And so I read the government's supplemental briefing

14   this morning and heard Mr. Thomas.  And Mr. Thomas, the

15   government suggests the penitentiary at Marion because they

16   both have a combination of mental health treatment and autism

17   as well as sex offender treatment.

18             So I will ultimately fashion a sentence that takes

19   into consideration what will be required to protect your

20   client and for him to receive the appropriate correctional

21   treatment.  And I guess I will turn to you right now to tell

22   me whether you've had the opportunity to look at the Marion

23   and Tucson recommendations from the government?

24             MR. THOMAS:  Judge, the problem with Marion is

25   twofold.  If Michael gets into a situation where he is going

1    to be confronted or bullied as it has happened in the other

2    institutions that he's in now, I don't -- his coping

3    mechanisms are not what they need to be.

4            If he gets into trouble, they're going to lock him

5    into a penitentiary setting.  I think that his classification

6    at best right now if you were consistent with some of the

7    people that were sentenced in front of Judge Murphy would be

8    he'd be a medium.  What I'm looking for is the ability to get

9    into a low, which is why I suggested the 20 years.  I just

10   want you to understand my thinking on it.

11           THE COURT:  Okay.  Here's the thing, I don't make the

12   security classification determination.  That's made by BOP.

13   It's not made by me.

14           MR. THOMAS:  For you to recommend Marion would

15   probably go higher than what we think the BOP would do under

16   any circumstances.

17           THE COURT:  Oh, I see.

18           MS. RUSSO:  So Marion, Your Honor, is a medium

19   security and Tucson is a high security system.  So I think

20   that what Mr. Thomas might be objecting to.

21           MR. THOMAS:  Well --

22           THE COURT:  And Mr. Thomas mentioned Littleton,

23   Colorado.  Do they have a sex offender treatment?

24           MR. THOMAS:  Yes.

25           THE COURT:  I see.

```
 1            MR. THOMAS.  There's like seven institutions that
 2    have it.  This is one of them.
 3            THE COURT:  Okay.
 4            MR. THOMAS:  And we've called them.  And it's low and
 5    medium.  I'd like to check the book on it to make sure.  But
 6    Inglewood is in Littleton, Colorado.  And it has the
 7    facilities to give him not only the cognitive training but
 8    also the other things that go along with it so that he can
 9    rehabilitate better.
10            I'm just thinking it's unrealistic to put him in a
11    penitentiary or a place where he's going to go into a
12    penitentiary if he gets confronted.  Because he doesn't have
13    the coping mechanisms and he can't keep his mouth shut.
14            And what's happened is he gets into verbal contact
15    with these guys.  And they're much more physically
16    confrontational group.  And so he gets into a physical
17    confrontation.  And then what happens, Judge, is both of them
18    go into the hole.
19            THE COURT:  Okay.
20            MR. THOMAS:  And that's why he's been 22 out of 24
21    months in.  One over a candy bar.  Another over someone trying
22    to force him into sex.  I'd like to at least give him a
23    chance.
24            THE COURT:  I do, too.  Thank you.
25            I am required to consider under Section (a)(3) the
```

```
 1    kinds of sentences that are available.  And this -- in this
 2    particular case there's a mandatory minimum of 20 years.  And
 3    the guidelines call for a life sentence.
 4          Under Section (a)(6) I'm required to avoid
 5    unwarranted sentencing disparities among defendants with
 6    similar records found guilty of similar conduct.  To that end,
 7    I have in the presentence report all of the sentences in this
 8    conspiracy and related cases that I have reviewed and then
 9    compared where Mr. Berenson falls in terms of culpability in
10    the conspiracy.
11          So in light of that and pursuant to the Sentencing
12    Reform Act of 1984, having considered the guidelines and
13    factors in 18 U.S. Code section 3553(a), Mr. Berenson, I
14    hereby commit you to the custody of the United States Bureau
15    of Prisons for a term of 55 years, which is a total of 660
16    months.
17          Upon release from custody, you'll be placed on
18    supervised release for a term of five years.  It's further
19    ordered that you pay a special assessment of $100 which is due
20    immediately.  It's further ordered that you pay a justice for
21    victims trafficking act assessment of $5,000, which is due
22    immediately.
23          I will waive the imposition of a fine, the cost of
24    incarceration, and the cost of supervision due to your
25    personal lack of financial resources.  While in custody,
```

April 22, 2019                                           123

```
 1    you'll participate in the Inmate Financial Responsibility

 2    Program.  It's further ordered that you pay restitution

 3    payable to the clerk of court for disbursement to the victims.

 4           The specific victims as well as the restitution

 5    amounts will be determined when?

 6           MR. THOMAS:  Judge, we have how many victims?

 7           MS. RUSSO:  We have a stipulation pending, Your

 8    Honor.  And we can get that filed within the next two weeks or

 9    so.  But I believe there are about 20 victims that will each

10    be getting $5,000, Your Honor.

11           THE COURT:  Okay.

12           MS. RUSSO:  Per the stipulation.

13           THE COURT:  Thank you.  And so I'll anticipate you

14    submitting that within the next two weeks approximately.

15    Okay.

16           Mandatory drug testing is suspended pursuant to 34

17    U.S. Code section 40702.  You're required to cooperate with

18    the collection of a DNA sample as directed by the probation

19    officer.  While on supervision, you'll be required to abide by

20    the standard conditions in the Eastern District of Michigan as

21    well as the following special conditions.

22           Number one is you're required to comply with all

23    requirements of the sex offender registration notification

24    act.  And any other sex offender registration agencies in the

25    city or state where you're living.
```

```
 1          You're required to complete sex offender diagnostic
 2   evaluations.  You will be prohibited from associating with
 3   minor children under the age of 18 except in the presence of a
 4   responsible adult who is aware of the nature of your
 5   background and the current offense without approval, prior
 6   approval, from a probation officer.
 7          You may not have unsupervised contact -- you don't
 8   have any children.  Never mind.  You are prohibited from
 9   purchasing, selling, viewing, or possessing images in any form
10   of media or live venue that depict pornography, sexually
11   explicit conduct, child erotica, or child nudity.  You may not
12   patronize a place where any of that material or entertainment
13   is available.
14          You must have any residence pre approved by
15   probation.  And you may not live or reside in a place with a
16   child under the age of 18 or adults with disabilities without
17   prior approval of the probation officer.  You may not have
18   contact directly or indirectly with any victim or witness in
19   this case unless approved by the probation officer.
20          You will be prohibited from having any computer,
21   internet, or cellular phone -- well, we'll go with computer or
22   internet access of any sort.  You'll be required to inform the
23   residence of any premises where you live of this condition for
24   yourself.
25          And you'll be required to submit yourself, your
```

1   residence, anything that you have control over to a search

2   which would be conducted by the probation officer at a

3   reasonable time in a reasonable manner based on reasonable

4   suspicion of violation of these terms.

5        And if relevant at the time, you will be required to

6   participate in a mental health counseling program and to take

7   all medications prescribed by a doctor or psychiatrist in the

8   dosages and at the times proposed.

9        And based on the restitution in this case, if it is

10  not paid by the time of your release, you may not accrue any

11  credit charges or open up lines of credit without approval of

12  the probation officer unless you're in compliance with the

13  payment schedule.

14       So that will constitute the sentence in this case.

15       In your guilty plea, Mr. Berenson, you waived or gave

16  up your right to appeal your sentence as long as I sentenced

17  you in accordance with the guidelines, which I have done.  But

18  if you or your lawyer believes you have a right to appeal your

19  sentence, you must do so within 14 days of entry of the

20  judgment.  And you can request that a lawyer be appointed if

21  you don't have the money to pay for one.

22       Ms. Russo, are there any counts to be dismissed?

23       MS. RUSSO:  There are, Your Honor.  I would dismiss

24  the remaining counts of the indictment.

25       THE COURT:  Okay.  That request is granted.  And are

April 22, 2019

```
 1    there any objections to the sentence that has just been

 2    pronounced that have not been previously raised?

 3              MR. THOMAS:  Yes.  Judge, not objection.

 4              THE COURT:  Oh, we've got to deal with the location

 5    issue.

 6              MR. THOMAS:  Well, credit for time served back to May

 7    10th of '17 when he was arrested.

 8              THE COURT:  Yes.  That is -- I will grant that

 9    request as well.

10              MR. THOMAS:  All right.

11              MS. RUSSO:  And Your Honor, just I think you said

12    this probably.  So I'm sorry if I missed it.  But that he be

13    enrolled in the Inmate Financial Responsibility Program.

14              THE COURT:  Yes.  Yes.  And the request is for the

15    Inglewood facility in Littleton, Colorado.  But you had a

16    second one as well.  Or are those two different places?

17              MR. THOMAS:  No, they're the same.

18              THE COURT:  Okay.  That's one.

19              MR. THOMAS:  And Judge, if you take a look --

20              THE COURT:  So I will make a recommendation that that

21    facility, that the Bureau of Prisons consider that facility

22    for Mr. Berenson.

23              MR. THOMAS:  Judge, exhibit -- I'll show you off the

24    record the exhibit and then you can decide what it is that you

25    want to do.  I would object to having him go to Marion.
```

```
 1    Marion is --

 2              THE COURT:  I'm not doing that.

 3              MS. RUSSO:  Yeah.  I have no problem, Your Honor,

 4    with that.  I was just trying to provide potential places.  If

 5    BOP doesn't designate him in Colorado, I would just ask that

 6    he go to a sex offender program institution.  And the

 7    government has no preference.  We're just trying to provide

 8    helpful information.

 9              MR. THOMAS:  And towards that end, Exhibit 13 and 14.

10              THE COURT:  Okay.  Yeah.  I saw those.  You list in

11    those Marion was one of those listed.  And so is USP Tucson.

12    But they're not at the top of the list.

13              MR. THOMAS:  Right.  And what that is, Judge, is

14    that's a compilation of all that have sex offender specific

15    training programs.  But from my experience having been to

16    Marion and what I've heard about going to Littleton, I would

17    like to ask you for that.

18              THE COURT:  Okay.  All right.  So the -- the judgment

19    will include a recommendation for placement at Inglewood in

20    Littleton, Colorado.  Or if that place is not suitable based

21    on any number of factors, there are co-defendants that need to

22    be kept separate from one another and so on.  So then the

23    recommendation will be for another facility with a sex

24    offender treatment program.

25              MR. THOMAS:  So you've had at least 27.  Judge
```

```
 1    Borman's had some.  Judge --
 2              THE COURT:  Murphy.
 3              MR. THOMAS:  There's some overlap with Judge Murphy.
 4    But there aren't enough facilities to have separation orders
 5    for them.  In fact, the Bureau of Prisons encourages that they
 6    put them together so that they can defend themselves.  And
 7    that's what they're doing.  That's the process.
 8              So if anybody's red flagging anybody, maybe we ought
 9    to talk about --
10              THE COURT:  I don't know.  I just said -- I don't
11    know what BOP's considerations are.  And I don't know that
12    it's about defending themselves.  I think it's about getting
13    treatment in a facility.
14              But whatever it is, I think the government has a duty
15    to protect your client from harm.  And it will be my intention
16    that he be placed in such a facility where he will be
17    protected from harm.  So that will conclude the sentencing
18    hearing.
19              I think I asked you whether there were any objections
20    to this sentence.  Did I -- I think I asked that.
21              MR. THOMAS:  What is it going to do, Judge?  If
22    there's an issue about guidelines, I'll save that for a lawyer
23    on appeal.  If it's an issue regarding ineffective assistance
24    of counsel, I'll leave that for somebody else.
25              THE COURT:  Okay.
```

April 22, 2019

```
 1              MR. THOMAS:  With broader shoulders and thicker skin.
 2              THE COURT:  All right.  Well, thank you again for all
 3    the lawyers who are involved and the agent.  But thank you
 4    also to all of the people who traveled here.  It was very
 5    inspiring and helpful to me to meet all of you.
 6                       (Proceedings Concluded)
 7                 -          -          -
 8
 9              CERTIFICATE OF OFFICIAL COURT REPORTER
10         I, Jeseca C. Eddington, Federal Official Court
11    Reporter, do hereby certify the foregoing 129 pages are a true
12    and correct transcript of the above entitled proceedings.
13    /s/ JESECA C. EDDINGTON_____        6/11/2019
      Jeseca C. Eddington, RDR, RMR, CRR, FCRR          Date
14
15
16
17
18
19
20
21
22
23
24
25
```